30952

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| ANDREA MARTINEZ, | ) | | |
| | ) | | |
| *Plaintiff,* | ) | | |
| | ) | | |
| v. | ) | No. | 20 cv 352 |
| ABDUROSHID HAKIM, Individually and as an | ) | | |
| Agent/Employee of LOADWYZE TRANSPORT, | ) | | |
| INC., ABDUROSHI HAKIM, Individually and | ) | | |
| as an Agent of LOADWYZE TRANSPORT, INC., | ) | | |
| and LOADWYZE TRANSPORT, INC., | ) | | |
| | ) | | |
| *Defendants.* | ) | | |

## DEFENDANTS' ABDUROSHID HAKIM and LOADWYZE TRANSPORT INC.'s NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

Defendants, ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC. hereby give notice that this action has been removed from the Circuit Court of Cook County, Law Division, in the State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully state as follows:

1.     On September 18, 2019, Plaintiff ANDREA MARTINEZ ("Plaintiff") filed a civil complaint captioned ANDREA MARTINEZ vs. ABDUROSHID HAKIM, Individually and as an Agent/Employee of LOADWYZE TRANSPORT, INC., ABDUROSHI HAKIM, Individually and as an Agent/Employee of LOADWYZE TRANSPORT, INC., and LOADWYZE TRANSPORT, INC., Case No. 2019 L 10297, in the Circuit Court of Cook County, Law Division, Illinois. The complaint alleges that -- as a result of Plaintiff's vehicle being involved in an occurrence with Defendants' vehicle on July 25, 2019 on I-80 Westbound in Will County, State of Illinois -- and,

as more fully set forth below, that she was caused to suffer injuries and other claimed damages. (See Complaint at Law, attached hereto and made a part hereof as **Exhibit A.**)

2.      In an effort to effect service upon the defendants, plaintiff mailed several documents to the defendants via certified mail on or about October 16, 2019.  However, as is outlined in the defendants' motion to quash, that effort was neither effective nor proper.

3.      After the first attempt by certified mail, plaintiff did personally serve defendants by the City of New York Sheriff on December 17, 2019.  Defendants acknowledge that this service effected December 17, 2019 was proper.  (See Sheriff's Certificate of Service dated December 17, 2019, attached hereto and made a part hereof as **Exhibit B.**)

4.      On January 3, 2020, defendants filed their motion to quash summons for a failure to comport with 625 ILCS 5/10-301, specifically with respect to plaintiff's effort to serve the defendants via certified mail, rather than the registered mail required by the statute.  (See Defendants' Motion to Quash Service of Summons filed January 3, 2020, attached hereto and made a part hereof as **Exhibit C.**)

5.      On January 7, 2020, plaintiff endeavored again to comply with 625 ILCS 5/10-301. In this effort of service, plaintiff does appear to have complied with 625 ILCS 5/10-301 with respect to the use of registered mail.  (See service documents from plaintiff, attached hereto and made a part hereof as **Exhibit D.**)

6.      On January 15, 2020, Judge Allen Price Walker of the Circuit Court of Cook County, Law Division set a briefing schedule for the Motion, but did not make a ruling thereon. (See order dated January 15, 2020, attached hereto and made a party hereof as **Exhibit E.**)

7.     Defendants present this Notice of Removal as the service of summons and complaint on December 17, 2019 was proper, and, therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

8.     The Hunt Law Group, LLC, has been retained to defend both of the named Defendants -- Abduroshid Hakim and Loadwyze Transport, Inc.--and, therefore, both defendants consent to removal.

9.     The Defendant, Abduroshid Hakim, is now and was at the time of the alleged occurrence and the commencement of this lawsuit a resident of the borough of Brooklyn, New York City, State of New York and a citizen of the State of New York. (See Affidavit of Abduroshid Hakim, attached hereto as **Exhibit F.**)

10.     Defendant, Loadwyze Transport, Inc. is now and was at the time of the alleged occurrence and the commencement of this lawsuit a domestic business corporation incorporated in the State of New York and having its principal business in the State of New York. Loadwyze Transport, Inc. is a citizen of the State of New York.  (See Affidavit of Abduroshid Hakim, attached hereto as **Exhibit F.**)

11.     At all times relevant herein, Plaintiff was a resident and citizen of Illinois.

12.     Accordingly, neither of the Defendants is a citizen of the State of Illinois and neither has a principal place of business in Illinois. Therefore, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a)(1) and §1441(b).

13.     The named Defendant, Loadwyze Transport, Inc. does not have any parent corporations. No company owns more than five percent (5%) of Loadwyze Transport, Inc.'s stock. (See Loadwyze Transport, Inc.'s Corporate Disclosure Statement, attached hereto as **Exhibit G.**)

14.     Despite repeated requests of plaintiff's counsel for specific information regarding the damages claim, the defendants have received no such specific information from the plaintiff to date.  (See correspondence dated November 4, 2019, attached hereto and made a part hereof as **Exhibit H;** See email dated January 2, 2020, attached hereto and made part hereof as **Exhibit I**.)

15.     The Plaintiff's complaint includes a prayer for relief  "in excess of $50,000" and Plaintiff is claiming, *inter alia*, to have "sustained severe and permanent injuries, both internally and externally, and was and will in the future be hindered and prevented in whole or in part from attending to usual duties…and has lost and in the future will lose, the value of that time, and has suffered loss of earning capacity…that the Plaintiff also suffered great pain and anguish both in mind and in body and…the Plaintiff further expended and became liable for and will in the future become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries." (See Plaintiff's Complaint, attached as **Exhibit A**).

16.     Based upon the damage allegations contained in the complaint, the defendants stated their good faith belief that the amount-in-controversy exceeds $75,000, exclusive of interests and costs.  *See, Dart Cherokee Basin Operating Co. v. Owens,* 574 U.S. 81 (2015); *Midland Management v. American Alternative Ins. Corp.*, 132 F.Supp.3d 1014 (N.D.Ill. 2015); *Roppo v. Travelers Commercial Ins. Co.*, 869 F.3d 568 (7th Cir. 2017).

17.     The Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, and this action may be removed to this Court by the Defendants pursuant to 28 U.S.C. §§ 1446(a), because it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action is pending.

18.    The Notice of Removal is filed within the thirty-day deadline, as prescribed by 28

U.S.C. §§ 1446(b).

19.    Attached to the Notice of Removal are certified copies of all pleadings and orders

that have been filed in the state court action. (See **Exhibit J**.)

20.    Promptly after filing this Notice of Removal, the Defendants will file a true and

accurate copy of this Notice of Removal with the clerk of the Circuit Court of Cook County, Law

Division. Written notice of the filing will also be provided to the Plaintiff's counsel, as required

by 28 U.S.C. §§ 1446(d).

WHEREFORE, the Defendants ABDUROSHID HAKIM and LOADWYZE

TRANSPORT, INC. give notice that the lawsuit, captioned ANDREA MARTINEZ vs.

ABDUROSHID HAKIM, Individually and as an Agent/Employee of LOADWYZE

TRANSPORT, INC., ABDUROSHI HAKIM, Individually and as an Agent/Employee of

LOADWYZE TRANSPORT, INC., and LOADWYZE TRANSPORT, INC., Case No. 2019 L

10297, which was filed in the Circuit Court of Cook County, Law Division, Illinois, is removed to

the United State District Court for the Northern District of Illinois, Eastern Division.

### THE DEFENDANTS DEMAND TRIAL BY JURY

Respectfully submitted,

THE HUNT LAW GROUP, LLC

*/s/ Patrick C. Cremin*_____
Patrick C. Cremin

Brian J. Hunt (6208397)
Patrick C. Cremin (6189696)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
bhunt@hunt-lawgroup.com
pcremin@hunt-lawgroup.com

**12-Person Jury**

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MARTINEZ )
)
Plaintiff )
)
v. )  NO.  2019L010297
)
ABDUROSHID HAKIM, )
INDIVIDUALLY AND AS AN )
AGENT/EMPLOYEE OF LOADWYZE )
TRANSPORT INC., ABDUROSHI )
HAKIM, INDIVIDUALLY AND AS AN )
AGENT OF LOADWYZE TRANSPORT )
INC., and LOADWYZE TRANSPORT )
INC., )
)
)
Defendants )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ANDREA MARTINEZ, by her attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendants,

ABDUROSHID HAKIM, INDIVIDUALLY AND AS AN AGENT OF LOADWYZE

TRANSPORT INC., ABDUROSHI HAKIM, INDIVIDUALLY AND AS AN AGENT

OF LOADWYZE TRANSPORT INC, and LOADWYZE TRANSPORT INC., alleges as

follows:

1. That on or approximately July 25, 2019, Defendant Abduroshid Hakim was

    operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the

    Township of New Lenox, County of Will, and State of Illinois.



EXHIBIT

A

FILED DATE: 9/18/2019 4:36 PM    2019L010297

2. That on or approximately July 25, 2019, Defendant Abduroshi Hakim was operating a motor vehicle at or near Milepost 137 on I-80 Westbound in the Township of New Lenox, County of Will, and State of Illinois.

3. That at all times relevant hereto, the person identified on Illinois Traffic Crash Report 05-19-02022 as Abduroshi Hakim was Abduroshid Hakim.

4. That on or approximately July 25, 2019, the vehicle driven by Defendant Abduroshid Hakim had affixed to its door USDOT Number: 3142871.

5. At all times relevant hereto, Loadwyze Transport Inc. operated pursuant to USDOT Number 3142871.

6. At the time and place aforesaid, the vehicle driven by Defendant Abduroshid Hakim was placarded Loadwyze Transport Inc.

7. At all times relevant hereto, Defendant Abduroshid Hakim was the Registered Agent of Loadwyze Transport Inc.

8. That on or approximately July 25, 2019, Defendant Loadwyze Transport Inc. was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

9. That on or approximately July 25, 2019, Defendant Abduroshid Hakim operated the motor vehicle on I-80 Westbound at or near Milepost 137 under authority issued to Loadwyze Transport Inc.

10. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle in his capacity as agent, servant and/or employee of Loadwyze Transport Inc.

2

FILED DATE: 9/18/2019 4:36 PM 2018L010297

11. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle as agent, servant and/or employee of a person or entity other than Defendant Loadwyze Transport Inc.

12. That on or approximately July 25, 2019, Yolanda Delgado was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

13. That at the aforesaid time and place, Plaintiff Andrea Martinez was a passenger in the motor vehicle operated by Yolanda Delgado.

14. That at said time and place, the front of the vehicle operated by Defendant Abduroshid Hakim struck the rear of the vehicle occupied by Plaintiff Andrea Martinez.

15. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, the vehicle operated by Defendant Abduroshid Hakim struck construction barrels on the roadway.

16. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, and after striking construction barrels on the roadway, the vehicle operated by Defendant Abduroshid Hakim struck a vehicle operated by Max Poloski.

17. That at all times relevant hereto, Defendant Abduroshid Hakim, individually and/or as agent of Loadwyze Transport Inc. was permitted to operate the vehicle he operated at the time of the collision with Plaintiff Andrea Martinez.

18. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

3

FILED DATE: 9/18/2019 4:36 PM   2019L010297

19. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

a) Drove said vehicle at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

b) Drove said vehicle at a speed which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

c) Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Compiled Statutes;

d) Drove said vehicle without brakes adequate to control its movement, and to stop and hold in, in violation of 625 ILCS 5/12-301 of the Illinois Compiled Statutes;

e) Failed to sound the horn on said vehicle so as to give warnings of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

f) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

g) Failed to decrease speed of said vehicle so as to avoid colliding with Plaintiff's vehicle;

h) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

4

FILED DATE: 9/18/2019 4:36 PM   2019L010297

   i)  Failed to adjust their speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

   j)  Failed to decrease speed when special hazard exists with respect to other traffic or by reason of weather or highway conditions, in violation of 625 ILCS 5/11-601;

   k)  Failed to keep a proper lookout for other traffic on the roadway;

   l)  Failed to maintain the brakes of said vehicle;

   m)  Negligently entrusted the vehicle to Abduroshid Hakim, individually and/or as an agent of Loadwyze Transport Inc.;

   n)  Negligently hired Abduroshid Hakim;

   o)  Negligently trained Abduroshid Hakim;

   p)  Negligently supervised Abduroshid Hakim; and

   q)  Was otherwise negligent.

20. That Plaintiff was injured.

21. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

22. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff

also suffered great pain and anguish both in mind and body, and will in the future

continue to so suffer; the Plaintiff further expended and became liable for and will

in the future expend and become liable for large sums of money for medical care

and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar

amount to satisfy the jurisdictional limitation of this court, and in such additional

amounts as the Court shall deem proper, plus the costs of this actions.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

6

FILED DATE: 9/18/2019 4:36 PM 2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MARTINEZ                          )
                                         )
                    Plaintiff            )
                                         )
v.                                       )          NO.
                                         )
ABDUROSHID HAKIM,                        )
INDIVIDUALLY AND AS AN                   )
AGENT/EMPLOYEE OF LOADWYZE               )
TRANSPORT INC., ABDUROSHI                )
HAKIM, INDIVIDUALLY AND AS AN            )
AGENT OF LOADWYZE TRANSPORT              )
INC., and LOADWYZE TRANSPORT             )
INC.,                                    )
                                         )
                    Defendants           )

## SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under

   penalty of perjury:

2. My name is Michael T. Wierzbicki

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

                                  /s/Michael T. Wierzbicki
                                  Michael T. Wierzbicki


HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

7

FILED DATE: 9/18/2019 4:36 PM   2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MARTINEZ                              )
                                             )
                    Plaintiff                )
                                             )
v.                                           )         NO.
                                             )
ABDUROSHID HAKIM,                            )
INDIVIDUALLY AND AS AN                       )
AGENT/EMPLOYEE OF LOADWYZE                   )
TRANSPORT INC., ABDUROSHI                    )
HAKIM, INDIVIDUALLY AND AS AN                )
AGENT OF LOADWYZE TRANSPORT                  )
INC., and LOADWYZE TRANSPORT                 )
INC.,                                        )
                                             )
                                             )
                    Defendants               )

## JURY DEMAND

The undersigned demands a jury trial.

/s/Michael T. Wierzbicki_____
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

8



# SHERIFF'S CERTIFICATE OF SERVICE
## PERSONAL DELIVERY

**IN THE CIRCUIT COURT OF COOK COUNTY STATE OF ILLINOIS**

**Docket # 2019L010297**

**Sheriff's Case # 19049519**

-------------------------------------------------x

**ANDREA MARTINEZ,**

PLAINTIFF

    VS

**LOADWYZE TRANSPORT INC ET AL,**

DEFENDANT

-------------------------------------------------x

STATE OF NEW YORK     }

KINGS COUNTY } SS:

<span style="color:red">date on adv. screen</span>

I, **D. CHIN**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **12/17/2019**, at approximately **11:13 AM at NYC SHERIFF'S OFFICE 210 JORALEMON STREET RM 905** in the borough of **BROOKLYN**, County of **KINGS**, I served the annexed: **ALIAS SUMMONS, COMPLAINT AT LAW,SUPREME COURT RULE 222(b) AFFIDAVIT** upon **ABDUROSHI HAKIM (REPRESENTATIVE FOR LOADWYZE TRANSPORT INC.)**, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **ABDUROSHI HAKIM (REPRESENTATIVE FOR LOADWYZE TRANSPORT INC.)**, personally a true copy thereof, said person being known as the mentioned and described herein.

**[X] DESCRIPTION:**

Skin Complexion: **MEDIUM,**    Gender: **Male,**    Approx. Age: **33 years old,**

Height: **5'10",**    Weight: **180 lbs,**    Hair Color: **COVERED.**

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**SHERIFF OF THE CITY OF NEW YORK**
**JOSEPH FUCITO**

**Dated: 12/17/2019**

BY: _____

    **D. CHIN**
    **DEPUTY SHERIFF**
    **SHIELD # 358**



EXHIBIT
B

30952

FILED
1/3/2020 4:44 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No.    19 L 010297 |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT, INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT, INC. | ) | |
| | ) | |
| *Defendants.* | ) | |

## DEFENDANTS' MOTION TO QUASH SERVICE OF SUMMONS

Defendants, ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC., by their

attorneys, THE HUNT LAW GROUP, LLC, hereby request this Honorable Court, pursuant to 735

ILCS 5/2-301, to quash the service of summons and complaint upon them by Plaintiff, ANDREA

MARTINEZ. In support thereof, Defendants state as follows:

### INTRODUCTION

1.      On September 18, 2019, Plaintiff, Andrea Martinez, filed a Complaint at Law

("Complaint") in the Circuit Court of Cook County, County Department, Law Division, for

personal injuries against Defendants arising out of a vehicular occurrence on July 25, 2019 at or

near Milepost 137 on U.S. Interstate 80 Westbound in the Township of New Lenox, County of

Will, State of Illinois.  A copy of Plaintiff's Complaint is attached hereto and as part of **Exhibit**

**A**.



EXHIBIT

C

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 1/3/2020 4:44 PM    2019L010297

2.      Plaintiff is alleging, *inter alia*, that at the time and place aforesaid, Defendant, Abduroshid Hakim ("Hakim") was operating a vehicle in his capacity as agent, servant and/or employee of Defendant, Loadwyze Transport, Inc. ("Loadwyze").

3.      At all times relevant herein, Defendant Hakim, was and is a resident and citizen of the State of New York, and the sole owner and operator of Loadwyze Transport, Inc. (See Affidavit of Abduroshid Hakim, attached as **Exhibit B**).

4.      At all times relevant herein, Defendant Loadwyze was and is a domestic business corporation, incorporated in and having its principal place of business in the State of New York, and having as its Registered Agent Defendant Hakim. (See Hakim Affidavit, **Exhibit B**).

5.      On October 16, 2019, Defendant Hakim, by US Postal Service Certified Mail, # 7017304000007768635, received a letter from Plaintiff's counsel dated October 11, 2019 which included: 1) a copy of the Summons and Complaint; 2) a Secretary of State "Affidavit of Compliance for Service of Process on Non-Resident," signed by Mary K. Wagner and dated September 23, 2019; and 3) a September 26, 2019 letter from the Office of the Illinois Secretary of State acknowledging receipt of $5.00 and confirming filing and service have been accepted by the Secretary of State on September 26, 2109 in compliance with the provisions of 625 ILCS 5/10-301 or 735 ILCS 5/2-203.1. A copy of the October 11, 2019 letter from Plaintiff's counsel with attachments is attached as **Exhibit A.**

6.      A copy of the Defendants' envelope in which they received the summons and complaint by Certified Mail is attached to the Affidavit of Abduroshid Hakim, **Exhibit B.**

### ARGUMENT

### PLAINTIFF'S ATTEMPTED SERVICE OF PROCESS UPON DEFENDANTS PURSUANT TO 735 ILCS 5/10-301 IS IMPROPER

7.  625 ILCS 5/10-301 provides, in pertinent part:

FILED DATE: 1/3/2020 4:44 PM   2019L010297

Service of process on non-resident

(b) Service of such process shall be made by serving a copy upon the Secretary of State or any employee in his office designated by him to accept such service for him, or by filing such copy in his office, together with an affidavit of compliance from the plaintiff instituting the action, suit, or proceeding, which states that this Section is applicable to the proceeding and that the plaintiff has complied with the requirements of this Section, and a fee of $5 and such service shall be sufficient service upon the person, *if notice of such service and a copy of the process are, within 10 days thereafter, sent by registered mail by the plaintiff to the defendant,* at the last known address of the defendant, and the plaintiff's affidavit of compliance herewith is appended to the summons. (Emphasis added).

7.      The Affidavit of Compliance for Service of Process on Non-Resident, signed by

Mary K. Wagner on September 23, 2019, attests to the following:

The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein…Further, these provisions require notice of such service and a copy of the process to be sent by *registered mail* within 10 days by the plaintiff to the defendant within 10 days by the plaintiff to this defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons. (Emphasis added).

8.      As shown on the envelope Defendant Hakim received on October 16, 2019, Summons and Complaint were sent by certified mail, rather than registered mail. As such, the service is improper and defective.

9.      Plaintiff may assert the distinction as between certified mail and regular mail may be an insignificant one, but the courts are nevertheless strident in their adherence to the procedural requirements of serving process upon out-of-state residents, requiring strict compliance with Section 10-301. *Allied American Insurance Co. v. Mickiewicz,* 124 Ill.App.3d 705 (1st Dist. 1984).

10.     In *Burton v. Autumn Grain Transport, Inc.*, 222 Ill.App.3d 755 (1st Dist. 1991), the 1st District squarely addressed the issue of whether service of summons and complaint to an out-of-state resident by certified mail, rather than by registered mail, would be allowable pursuant to Section 10-301. In *Burton,* the case involved a personal injury lawsuit suit arising from an

automobile collision in Cook County and an out-of-state defendant moved to quash service of process as he was served with summons by certified mail. The trial court held that plaintiff's service of summons by certified mail met the procedural requirements of Section 10-301. On appeal, however, the 1st District held otherwise, focusing on the plain language of the statute requiring service only by registered mail. In *Burton*, the Court concluded:

> …[i]f legislature had wanted service under section 10-301 of the Code to be effected by certified mail it would not, as it does, specify that process must be achieved by registered mail. We agree with the Seventh Circuit's observation that "only a court with a power of statutory revision could equate certified mail to 'registered mail' in a case which there was no possible argument that the legislature had failed to anticipate a situation in which literal compliance with the statute would be unduly, perhaps, senselessly, burdensome." (citing *Johnson v Burken*, 930 F.2d 1202 (7th Cir. 1991).

11.　　Additionally, in *Burton*, even though the court found that the out-of-state defendant had actual knowledge of the lawsuit, the statutory requirements by which he was to be served with process nevertheless remained to be complied with. *Burton* at 759.

12.　　Based upon the foregoing, it is clear that plaintiff failed to adhere to the statutory requirements in 635 ILCS 5/10-301 by attempting to serve process upon Defendants by certified mail. Section 10-301 requires service of process only by registered mail.

WHEREFORE, Defendants, ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC., request this Honorable Court to quash Plaintiff's purported service of summons and complaint upon Defendants for the reasons set forth above.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By:　　Patrick C. Cremin

4

FILED DATE: 1/3/2020 4:44 PM　2019L010297

FILED DATE: 1/3/2020 4:44 PM   2019L010297

Brian J. Hunt
Patrick C. Cremin
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, IL 60603
(312) 384-2300 (phone)
bhunt@hunt-lawgroup.com
pcrem@hunt-lawgroup.com

19-10511179

HORWITZ HORWITZ & Associates

October 11, 2019

Abduroshi Hakim
1489 Shore Parkway APT. 3B
Brooklyn, NY 11214

RE:   **Andrea Martinez v.  Abduroshi Hakim individually and as agent/employee of
      Loadwyze Transport. Inc.**
      Court Number:     19 L 10297
      Our File Number:  31209
      D/A:              07/25/19

Dear Mr. Abduroshi Hakim:

Enclosed please find a copy of the Letter from the Office of the Secretary of State of
Illinois, a summons w/ affidavit of compliance of service on a non-resident, and a copy of
the complaint.  Please forward these documents to your insurance carrier immediately.


Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

Michael T. Wierzbicki
MTW/mw

EXHIBIT
A

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 1/3/2020 4:44 PM   2019L010297



## OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

September 26, 2019

Horwitz, Horwitz & Associates, LTd.
25 E. Washington, Suite 900
Chicago, IL  60602

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Andrea Martinez v. Abduroshi Hakim,  #19 L 010294,  Fee $5.00**

Filing and Service have been accepted on 9/26/2019 in compliance with the
provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as
applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217)785-3096
Office of the General Counsel
298 Howlett Building
Springfield, IL 62756

JW:tf
Enclosure

FILED DATE: 1/3/2020 4:44 PM  2019L010297

| | |
|---|---|
| 2120 — Served | 2121 — Served |
| 2220 — Not Served | 2221 — Not Served |
| 2320 — Served By Mail | 2321 — Served By Mail |
| 2420 — Served By Publication | 2421 — Served By Publication |
| Summons - Alias Summons | (06/28/18) CCG N001 |

**FILED**
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297
6627436

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
            )
    (Plaintiff) )
            )
    v. )  Case No.  2019L010297
            )
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyze Transport Inc., and )
LOADWYZE TRANSPORT INC., )
            )
            )
    (Defendants) )
            )

**SUMMONS**

To each Defendant: Abduroshi  Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the Internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Atty. No: 04771                    Witness: _____

Atty Name: Michael T. Wierzbicki                    _____

Atty. For: PLAINTIFF                    9/18/2019 4:36 PM DOROTHY BROWN

Address: 25 E. Washington, Suite 900                    _____

City: Chicago    State: IL    Zip: 60602                    DOROTHY BROWN, Clerk of Court

Telephone: 312-372-8822                    Date of Service: _____

Primary Email: elmail@horwitzlaw.com                    (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: sung@horwitzlaw.com

Tertiary Email: carmen@horwitzlaw.com

FILED DATE: 1/3/2020 4:44 PM  2019L010297

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED DATE: 1/3/2020 4:44 PM   2019L010297



# Affidavit of Compliance for Service of Process on Non-resident

To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1.  I am (plaintiff/attorney for plaintiff) in the following named case:

    ANDREA MARTINEZ     vs.    ABDULKADIR HAKIM individually and as agent/employee of Leadwyze Transport Inc.    No.   2019L010297

    _First Named Plaintiff_                       _Defendant to be Served_

2.  This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highway of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3.  The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

    a)  [   ] At the time of the accident the defendant was and remains a non-resident of this state, or

    b)  [   ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

    c)  [XX] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4.  The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5.  The undersigned is aware that any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to affect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_Mary R. Wagner_               _9/23/19_

     Signature of Affiant               Date

Subscribed before me, this **23rd** day of **September** , 20**19** .

_Alissa Lapore_

     Notary Public

> OFFICIAL SEAL
> ALISSA LAPORE
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:11/16/20

Printed by authority of the State of Illinois, December 2004 — 1 — EX-3

**12-Person Jury**

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:36 PM   2019L010297

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO.  2019L010297 |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ANDREA MARTINEZ, by her attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendants,

ABDUROSHID HAKIM, INDIVIDUALLY AND AS AN AGENT OF LOADWYZE

TRANSPORT INC., ABDUROSHI HAKIM, INDIVIDUALLY AND AS AN AGENT

OF LOADWYZE TRANSPORT INC, and LOADWYZE TRANSPORT INC., alleges as

follows:

1. That on or approximately July 25, 2019, Defendant Abduroshid Hakim was

    operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the

    Township of New Lenox, County of Will, and State of Illinois.

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 8/18/2019 4:36 PM   2019L010297

2. That on or approximately July 25, 2019, Defendant Abduroshi Hakim was operating a motor vehicle at or near Milepost 137 on I-80 Westbound in the Township of New Lenox, County of Will, and State of Illinois.

3. That at all times relevant hereto, the person identified on Illinois Traffic Crash Report 05-19-02022 as Abduroshi Hakim was Abduroshid Hakim.

4. That on or approximately July 25, 2019, the vehicle driven by Defendant Abduroshid Hakim had affixed to its door USDOT Number: 3142871.

5. At all times relevant hereto, Loadwyze Transport Inc. operated pursuant to USDOT Number 3142871.

6. At the time and place aforesaid, the vehicle driven by Defendant Abduroshid Hakim was placarded Loadwyze Transport Inc.

7. At all times relevant hereto, Defendant Abduroshid Hakim was the Registered Agent of Loadwyze Transport Inc.

8. That on or approximately July 25, 2019, Defendant Loadwyze Transport Inc. was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

9. That on or approximately July 25, 2019, Defendant Abduroshid Hakim operated the motor vehicle on I-80 Westbound at or near Milepost 137 under authority issued to Loadwyze Transport Inc.

10. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle in his capacity as agent, servant and/or employee of Loadwyze Transport Inc.

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:38 PM   2019L010297

11. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle as agent, servant and/or employee of a person or entity other than Defendant Loadwyze Transport Inc.

12. That on or approximately July 25, 2019, Yolanda Delgado was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

13. That at the aforesaid time and place, Plaintiff Andrea Martinez was a passenger in the motor vehicle operated by Yolanda Delgado.

14. That at said time and place, the front of the vehicle operated by Defendant Abduroshid Hakim struck the rear of the vehicle occupied by Plaintiff Andrea Martinez.

15. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, the vehicle operated by Defendant Abduroshid Hakim struck construction barrels on the roadway.

16. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, and after striking construction barrels on the roadway, the vehicle operated by Defendant Abduroshid Hakim struck a vehicle operated by Max Poloski.

17. That at all times relevant hereto, Defendant Abduroshid Hakim, individually and/or as agent of Loadwyze Transport Inc. was permitted to operate the vehicle he operated at the time of the collision with Plaintiff Andrea Martinez.

18. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

3

FILED DATE: 1/3/2020 4:44 PM    2019L010297

FILED DATE: 9/18/2019 4:36 PM    2019L010297

19. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

    a) Drove said vehicle at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

    b) Drove said vehicle at a speed which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

    c) Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Complied Statutes;

    d) Drove said vehicle without brakes adequate to control its movement, and to stop and hold in, in violation of 625 ILCS 5/12-301 of the Illinois Complied Statutes;

    e) Failed to sound the horn on said vehicle so as to give warnings of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

    f) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

    g) Failed to decrease speed of said vehicle so as to avoid colliding with Plaintiff's vehicle;

    h) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

i) Failed to adjust their speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

j) Failed to decrease speed when special hazard exists with respect to other traffic or by reason of weather or highway conditions, in violation of 625 ILCS 5/11-601;

k) Failed to keep a proper lookout for other traffic on the roadway;

l) Failed to maintain the brakes of said vehicle;

m) Negligently entrusted the vehicle to Abduroshid Hakim, individually and/or as an agent of Loadwyze Transport Inc.;

n) Negligently hired Abduroshid Hakim;

o) Negligently trained Abduroshid Hakim;

p) Negligently supervised Abduroshid Hakim; and

q) Was otherwise negligent.

20. That Plaintiff was injured.

21. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

22. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff

5

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:38 PM   2019L010297

also suffered great pain and anguish both in mind and body, and will in the future

continue to so suffer; the Plaintiff further expended and became liable for and will

in the future expend and become liable for large sums of money for medical care

and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar

amount to satisfy the jurisdictional limitation of this court, and in such additional

amounts as the Court shall deem proper, plus the costs of this actions.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

6

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:35 PM   2019L010297

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANDREA MARTINEZ | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )     NO. |
| | ) |
| ABDUROSHID HAKIM, | ) |
| INDIVIDUALLY AND AS AN | ) |
| AGENT/EMPLOYEE OF LOADWYZE | ) |
| TRANSPORT INC., ABDUROSHI | ) |
| HAKIM, INDIVIDUALLY AND AS AN | ) |
| AGENT OF LOADWYZE TRANSPORT | ) |
| INC., and LOADWYZE TRANSPORT | ) |
| INC., | ) |
| | ) |
| | ) |
| Defendants | ) |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under

   penalty of perjury:

2. My name is Michael T. Wierzbicki

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

/s/Michael T. Wierzbicki
Michael T. Wierzbicki

HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

7

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:36 PM   2019L010297

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### JURY DEMAND

The undersigned demands a jury trial.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

8

FILED DATE: 1/3/2020 4:44 PM    2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MERTINEZ,

    *Plaintiff,*        )
                           )

v.                       )      No.    19 L 010297

ABDUROSHID HAKIM,
INDIVIDUALLY AND AS AN
AGENT/EMPLOYEE OF LOADWYZE
TRANSPORT, INC., ABDUROSHI
HAKIM, INDIVIDUALLY AND AS AN
AGENT OF LOADWYZE TRANSPORT
INC., and LOADWYZE TRANSPORT, INC.

    *Defendants.*

## AFFIDAVIT OF ABDUROSHID HAKIM

I, Abduroshid Hakim, attest to the following:

1. My name is Abduroshid Hakim. I am a named defendant to this action and am personally familiar with the facts contained herein. If called as a witness, I could and would give competent testimony with respect to such matters;

2. I am over the age of 18;

3. I am a resident of the borough of Brooklyn, New York City, Kings County, the State of New York and was such on July 25, 2019;

4. I am the President of and Registered Agent for Loadwyze Transport, Inc.;

5. Loadwyze Transport, Inc. is a Domestic Business Corporation, incorporated on June 4, 2014 in the State of New York;

6. On October 16, 2019, I received an envelope from Plaintiff's law firm, Horwitz Horwitz & Associates, and addressed to me at my home in Brooklyn, which is also the registered



EXHIBIT
B

FILED DATE: 1/3/2020 4:44 PM    2019L010297

address for Loadwyze Transport, Inc. for the New York Department of State, Division of Corporations. The delivery was by Certified Mail through the United States Postal Service (USPS). A copy of the front of the envelope is attached to this Affidavit, having USPS Certified Mail # 7017304000007768635;

7. Contained in the envelope was a cover letter from Plaintiff's law firm, dated October 11, 2019, with the following attachments: 1) September 26, 2019 letter from the Office of the Secretary of State, State of Illinois, receipt of Plaintiff's Summons and Complaint, receipt of $5.00 fee, confirming filing and service was accepted on September 26, 2019; 2) Summons and Plaintiff's Complaint at Law; and 3) Affidavit of Compliance for Service of Process on Non-Resident, dated September 23, 2019.

I attest under penalty of perjury that the foregoing is true and correct.

Executed January 2, 2020 in Brooklyn, New York.

**ABDUROSHID HAKIM**

**NOTARY PUBLIC**

Gail Kaplun

January 3, 2020

GAIL KAPLUN
Notary Public, State of New York
Qualified in Richmond County
No. 01KA6291552
My Commission Expires 10/15/20 2 T

FILED DATE: 1/3/2020 4:44 PM   2019L010297





# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

January 07, 2020

Horwitz, Horwitz & Associates, Ltd
25 E. Washington ST., Ste. 900
Chicago, IL 60602

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Andrea Martinez v. Abduroshid Hakim, #19 L 10297, Fee $5.00**

dateon adv. screen

Service has been accepted on 1/7/2020 in compliance with the provisions of
625 ILCS 5/10-301. All inquiries should be made to (312) 814-3154.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

Received

JAN 1 3 2019

Horwitz, Horwitz, & Assoc.

JW:ae
Enclosure

100 W. Randolph St., Ste. 5-400
James R. Thompson Center
Chicago, IL 60601
(312) 814-2262



**EXHIBIT**

D

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | **FILED** |
| 2220 – Not Served | 2221 – Not Served | 1/6/2020 11:33 AM |
| 2320 – Served By Mail | 2321 – Served By Mail | DOROTHY BROWN |
| 2420 – Served By Publication | 2421 – Served By Publication | CIRCUIT CLERK |
| Summons – Alias Summons | (06/28/18) CCG N001 | COOK COUNTY, IL |
| | | 2019L010297 |
| | | 7951523 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
(Plaintiff) )
)
v. )   Case No. 19 L 10297
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyxe Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
(Defendants) )
)

JESSIE WHITE

JAN 0 7 2020

### ALIAS SUMMONS

**To each Defendant:** Abduroshi Hakim 1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the Internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

**To the Officer:** This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| | 1/6/2020 11:33 AM DOROTHY BROWN |
| Atty. No: 04771 | Witness: |
| Atty Name: Michael T. Wierzbicki | |
| Atty. For: PLAINTIFF | |
| Address: 25 E. Washington, Suite 900 | DOROTHY BROWN, Clerk of Court |
| City: Chicago   State: IL   Zip: 60602 | |
| Telephone: 312-372-8822 | Date of Service: |
| Primary Email: clmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person): |
| Secondary Email: sung@horwitzlaw.com | |
| Tertiary Email: carmen@horwitzlaw.com | |

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

**FILED**
1/6/2020 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7951528

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
     (Plaintiff) )
)
     v. )     Case No. 19 L 10297
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyxe Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
     (Defendants) )

JESSE WHITE
SE_____
JAN 0 7 2020
AN

### ALIAS SUMMONS

To each Defendant: Abduroshid Hakim 1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Atty. No: 04771         Witness:      1/6/2020 11:33 AM DOROTHY BROWN

Atty Name: Michael T. Wierzbicki

Atty. For: PLAINTIFF

Address: 25 E. Washington, Suite 900

City: Chicago    State: IL    Zip: 60602      DOROTHY BROWN, Clerk of Court

Telephone: 312-372-8822       Date of Service: _____

Primary Email: cimail@horwitzlaw.com

Secondary Email: gung@horwitzlaw.com      (To be inserted by officer on copy left with Defendant or other person):

Tertiary Email: carmen@horwitzlaw.com



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   _Andrea Martinez_ vs. _Abduroshi Hakim_ No. _2019 L 10297_
   First Named Plaintiff          Defendant to be Served

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of ~~(the undersigned/~~client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [X] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that **any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.**

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_Mary K. Wagner_                    _1-7-2020_
Signature of Affiant                Date

Subscribed before me this _7th_ day of _January_, 200_20_.

_Alissa LaPore_
Notary Public

```
OFFICIAL SEAL
ALISSA LAPORE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/16/20
```

Printed by authority of the State of Illinois. December 2004 – 1 – EX-3

```
=================================
            JOLIET
      2000 MCDONOUGH ST
    JOLIET, IL 60436-9998
         163966-0436
        (800)275-8777
      01/14/2020 04:14 PM
=================================
=================================
---------------------------------
Product              Qty   Unit    Price
                           Price
---------------------------------
DocMlr 9.75x12.25     2   $1.89    $3.78
First-Class Mail@     1   $1.45    $1.45
Large Envelope
    (Domestic)
    (BROOKLYN, NY  11214)
    (Weight:0 Lb 4.00 Oz)
    (Estimated Delivery Date)
    (Friday 01/17/2020)
Registered                        $12.95
    (Amount:$100.00)
    (USPS Registered Mail #)
    (RE248709267US)
First-Class Mail@     1   $1.45    $1.45
Large Envelope
    (Domestic)
    (BROOKLYN, NY  11214)
    (Weight:0 Lb 4.00 Oz)
    (Estimated Delivery Date)
    (Friday 01/17/2020)
Registered                        $12.95
    (Amount:$100.00)
    (USPS Registered Mail #)
    (RE248709275US)
---------------------------------
Total:                            $32.58
```



# HORWITZ HORWITZ & Associates

Mitchell W. Horwitz
Clifford W. Horwitz
Marc A. Perper
Jay R. Luchsinger
Wayne L. Newman
Michael T. Wierzbicki
Mark Weissburg
Michael D. Carter
Michael A. Silverman
Thomas Kelliher
Tyler D. Berberich

O. Randolph Bragg
Thomas A. Kelliher
Nicole A. Morrison
David J. Starshak
Zbigniew J. Bednarz
Amy L. Harriman
Matthew Cannon
Daniel A. DeBias
Steven J. Costello
Christopher O'Shea

January 14, 2020

Mr. Abduroshi Hakim .
1489 Shore Pkwy, Apt. 3B
Brooklyn, NY 11214

RE:     **<u>Andrea Martinez v. Abduroshi Hakim individually and as agent/employee of</u>**
        **<u>Loadwyze Transport, Inc.</u>**
        Court Number:     19 L 10297
        Our File Number: 31209
        D/A:                     07/25/19

Dear Mr. Abduroshi Hakim:

The Illinois Secretary of State has accepted service of the enclosed summons and
complaint. Please furnish these documents to your insurance carrier and/or legal counsel
at your earliest convenience.

Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

Michael Wierzbicki
MTW/mw



25 E Washington Street        Toll Free 800-594-7433
Suite 900                             Chicago 312-372-8822
Chicago, IL 60602                  Fax 312-372-1673

| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

FILED
1/8/2020 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7951523

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
                                                )
(Plaintiff)                                     )
                                                )
v.                                              )     Case No. 19 L 10297
                                                )
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc.                      )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyke Transport Inc., and                    )
LOADWYZE TRANSPORT INC.,                        )
                                                )
                                                )
(Defendants)                                    )
                                                )

JESSE WHITE
SECRETARY OF STATE
JAN 0 7 2020
AM

**ALIAS SUMMONS**

To each Defendant: Abduroshi Hakim 1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

|  |  |
|---|---|
| Atty. No: 04771 | Witness: 1/8/2020 11:33 AM DOROTHY BROWN |
| Atty Name: Michael T. Wierzbicki | |
| Atty. For: PLAINTIFF | |
| Address: 25 E. Washington, Suite 900 | DOROTHY BROWN, Clerk of Court |
| City: Chicago    State: IL    Zip: 60602 | |
| Telephone: 312-372-8822 | Date of Service: |
| Primary Email: clmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person): |
| Secondary Email: sung@horwitzlaw.com | |
| Tertiary Email: carmen@horwitzlaw.com | |



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   _Andrea Martinez_ vs. _Abduroshi Hakim_ No. _2019L /0297_
   First Named Plaintiff           Defendant to be Served

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [X] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_Mary K. Wagner_                              _1·7-2020_
              Signature of Affiant                                    Date

Subscribed before me this _7th_ day of _January_, 200_20_.

_____
              Notary Public

OFFICIAL SEAL
ALISSA LAPORE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/16/20

**12-Person Jury**

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2019L010297 |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ANDREA MARTINEZ, by her attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendants,

ABDUROSHID HAKIM, INDIVIDUALLY AND AS AN AGENT OF LOADWYZE

TRANSPORT INC., ABDUROSHI HAKIM, INDIVIDUALLY AND AS AN AGENT

OF LOADWYZE TRANSPORT INC, and LOADWYZE TRANSPORT INC., alleges as

follows:

1. That on or approximately July 25, 2019, Defendant Abduroshid Hakim was

    operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the

    Township of New Lenox, County of Will, and State of Illinois.

2. That on or approximately July 25, 2019, Defendant Abduroshi Hakim was operating a motor vehicle at or near Milepost 137 on I-80 Westbound in the Township of New Lenox, County of Will, and State of Illinois.

3. That at all times relevant hereto, the person identified on Illinois Traffic Crash Report 05-19-02022 as Abduroshi Hakim was Abduroshid Hakim.

4. That on or approximately July 25, 2019, the vehicle driven by Defendant Abduroshid Hakim had affixed to its door USDOT Number: 3142871.

5. At all times relevant hereto, Loadwyze Transport Inc. operated pursuant to USDOT Number 3142871.

6. At the time and place aforesaid, the vehicle driven by Defendant Abduroshid Hakim was placarded Loadwyze Transport Inc.

7. At all times relevant hereto, Defendant Abduroshid Hakim was the Registered Agent of Loadwyze Transport Inc.

8. That on or approximately July 25, 2019, Defendant Loadwyze Transport Inc. was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

9. That on or approximately July 25, 2019, Defendant Abduroshid Hakim operated the motor vehicle on I-80 Westbound at or near Milepost 137 under authority issued to Loadwyze Transport Inc.

10. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle in his capacity as agent, servant and/or employee of Loadwyze Transport Inc.

11. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle as agent, servant and/or employee of a person or entity other than Defendant Loadwyze Transport Inc.

12. That on or approximately July 25, 2019, Yolanda Delgado was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

13. That at the aforesaid time and place, Plaintiff Andrea Martinez was a passenger in the motor vehicle operated by Yolanda Delgado.

14. That at said time and place, the front of the vehicle operated by Defendant Abduroshid Hakim struck the rear of the vehicle occupied by Plaintiff Andrea Martinez.

15. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, the vehicle operated by Defendant Abduroshid Hakim struck construction barrels on the roadway.

16. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, and after striking construction barrels on the roadway, the vehicle operated by Defendant Abduroshid Hakim struck a vehicle operated by Max Poloski.

17. That at all times relevant hereto, Defendant Abduroshid Hakim, individually and/or as agent of Loadwyze Transport Inc. was permitted to operate the vehicle he operated at the time of the collision with Plaintiff Andrea Martinez.

18. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

3

19. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

a) Drove said vehicle at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

b) Drove said vehicle at a speed which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

c) Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Compiled Statutes;

d) Drove said vehicle without brakes adequate to control its movement, and to stop and hold in, in violation of 625 ILCS 5/12-301 of the Illinois Complied Statutes;

e) Failed to sound the horn on said vehicle so as to give warnings of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

f) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

g) Failed to decrease speed of said vehicle so as to avoid colliding with Plaintiff's vehicle;

h) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

4

    i)  Failed to adjust their speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

    j)  Failed to decrease speed when special hazard exists with respect to other traffic or by reason of weather or highway conditions, in violation of 625 ILCS 5/11-601;

    k)  Failed to keep a proper lookout for other traffic on the roadway;

    l)  Failed to maintain the brakes of said vehicle;

    m) Negligently entrusted the vehicle to Abduroshid Hakim, individually and/or as an agent of Loadwyze Transport Inc.;

    n)  Negligently hired Abduroshid Hakim;

    o)  Negligently trained Abduroshid Hakim;

    p)  Negligently supervised Abduroshid Hakim; and

    q)  Was otherwise negligent.

20. That Plaintiff was injured.

21. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

22. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff

also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiff further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this actions.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

6

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury:

2. My name is Michael T. Wierzbicki

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

/s/Michael T. Wierzbicki
Michael T. Wierzbicki

HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

7

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

8

*#4*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

*Martinez* )
_____ )
Plaintiff(s) ) Case No: *19-L-10297*
 )
 V. ) Calendar Z Courtroom 2204
 )
*Hakim* )
_____ )
Defendant(s) )

**BRIEFING SCHEDULE** *Hakim/Landwyce*

**THIS CAUSE** coming on for hearing on the motion of Plaintiff/Defendant *Hakim* for *motions to Quash* *service*, due notice having been given, and the court being otherwise fully advised in the premises :

IT IS HEREBY ORDERED:

1. Movant is given leave to file his motion and memorandum in support thereof instanter/within_____days  4231
 or by_____

2. Respondent shall respond by_____*2/12/20*_____  4231

3. Movant shall reply by_____*2/26/20*_____  4231

4. The movant must provide the Court at clerk's status on _____*2/27*_____, 20*20*  4217
 at 9:00a.m with a **COMPLETE** set of courtesy copies of ALL documents including the MOTION,  4374
 RESPONSE, REPLY, ETC. Deposition transcripts applicable, Complaint of Dismissal is sought:
 all exhibits, in accordance with the law Division Motion Judge's Rule 6.1, 6.3:

5. This matter is set for **Case Management** on _____*2/27/20*____20__ at *9:00* a.m/p.m  4619

6. No continuance of any of the above dates may result in either a striking or ruling on the motion without hearing, as applicable.

7. Lack of compliance of any of the above dates may result in either a striking or ruling on the motion without hearing, as applicable.

8. The previous hearing date of_____, 20__ at_____am/pm is stricken and reset to_____20___at_____am/pm

9. OTHER *The status/cmc date of 1/17/20 is hereby stricken*

*Associate Judge*
*Allen Price Walker*

JAN 15 2020

*Circuit Court – 2071*

Attorney Name: *Horwitz / Amon*
Attorney Number: *4771*
Attorney for: *Cl*
Address/City/State: *25 E. Washington #900*
 *Chicago, IL 60602*    Entered:_____
Telephone: *312-372-8822*
 , Circuit Court Judge

**EXHIBIT**
**E**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| ANDREA MARTINEZ, | ) | | |
| | ) | | |
| *Plaintiff,* | ) | | |
| | ) | | |
| v. | ) | No. | |
| | ) | | |
| ABDUROSHID HAKIM, | ) | | |
| INDIVIDUALLY AND AS AN | ) | | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | | |
| TRANSPORT, INC., ABDUROSHID | ) | | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | | |
| AGENT OF LOADWYZE TRANSPORT | ) | | |
| INC., and LOADWYZE TRANSPORT, INC. | ) | | |
| | ) | | |
| *Defendants.* | | | |

## AFFIDAVIT OF ABDUROSHID HAKIM

I, Abduroshid Hakim, attest to the following:

1.  My name is Abduroshid Hakim. I am a named defendant to this action and am personally familiar with the facts contained herein. If called as a witness, I could and would give competent testimony with respect to such matters;

2.  I am over the age of 18;

3.  I am a resident of the borough of Brooklyn, New York City, and am a citizen of the State of New York and was such on July 25, 2019 and at the time of the commencement of this lawsuit;

4.  I am the President of and Registered Agent for Loadwyze Transport, Inc. and am the sole owner and operator of Loadwyze Transport, Inc.; and

5.  Loadwyze Transport, Inc. is a Domestic Business Corporation, incorporated on June 4, 2014 in the State of New York and has its principal place of business in the State of New York.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this day, the <u>08</u> day of January, 2020



YARITZA E MEDEL
Notary Public - State of New Jersey
My Commission Expires Oct 5, 2020

_____

**ABDUROSHID HAKIM**

30952

# U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ANDREA MARTINEZ,                                )
                                                )
    *Plaintiff,*                                )
                                                )
v.                                              )    No.
ABDUROSHID HAKIM, Individually and as an        )
Agent/Employee of LOADWYZE TRANSPORT,           )
INC., ABDUROSHI HAKIM, Individually and         )
as an Agent of LOADWYZE TRANSPORT, INC.,        )
and LOADWYZE TRANSPORT, INC.,                   )
                                                )
    *Defendants.*                              )

## DEFENDANT, LOADWYZE TRANSPORT, INC.'s CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3.2

Defendant LOADWYZE TRANSPORT, INC. by its attorneys, THE HUNT LAW GROUP, INC., and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 states as follows:

1.    LOADWYZE TRANSPORT, INC. is a corporation. LOADWYZE TRANSPORT, INC. does not have any parent corporations. No other company owns more than five percent (5%) of LOADWYZE TRANSPORT, INC's stock.

## THE DEFENDANT DEMANDS TRIAL BY JURY

Respectfully submitted,

THE HUNT LAW GROUP, LLC

*/s Patrick C. Cremin*
Patrick C. Cremin

Brian J. Hunt (6208397)
Patrick C. Cremin (6189696)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)



EXHIBIT
G

# THE HUNT LAW GROUP, LLC

10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
312.384.2300 (Main)
312.443.9391 (Fax)
www.hunt-lawgroup.com

Brian J. Hunt
bhunt@hunt-lawgroup.com

Direct Line:
312.384.2301

November 4, 2019

Michael Wierzbicki
Horwitz Horwitz & Assoc.
25 E. Washington, #900
Chicago, IL 60602

> Re:   Martinez v. Loadwyze
>       Court No.:  19 L 10297
>       Our File No.:  30952

Michael,

As I mentioned in my voicemail on October 31, we are the attorneys for the defendants in the suit you filed on behalf of Andrea Martinez.

In the event that you have any documents reflecting service upon any defendant, please forward them to us so that we can promptly get an appearance on file.

I will appreciate it if you will also contact me so that we can briefly discuss the nature of the claimed injury.

We will look forward to working with you toward the resolution of this matter.

Very truly yours,

The Hunt Law Group, LLC

By:  Brian J. Hunt



EXHIBIT
H

**Janet Nolan**

| | |
|---|---|
| **From:** | Brian Hunt |
| **Sent:** | Thursday, January 2, 2020 2:09 PM |
| **To:** | 'Mike Wierzbicki'; Nicole Jeffers; CLMAIL |
| **Cc:** | Janet Nolan; Patrick Cremin |
| **Subject:** | RE: Martinez, Andrea vs Abduroshi Hakim; THLG # 30952 |

Mike,

Thanks so much for your letter.

Of course, the only communication we received from your office, despite my prior letter to you, was from Nicole. Furthermore, in response to her email, I included you as a recipient. I trust this mechanism of communication will suffice for the duration.

As far as "technical games," I am not quite sure I understand what you mean. Proper service of process upon a defendant is a legal requirement. In this matter, I will have to insist that service is properly effected.

Our handling will be smoothed to the extent that you might acknowledge that the September service was invalid. In return, I am willing to acknowledge that the December service was valid. We can avoid unnecessary conflict with that simple agreement.

In addition, as I have now requested on multiple occasions, we will appreciate whatever information you can provide us regarding your client's injury claim.

Thanks in advance,

Brian


Brian J. Hunt
The Hunt Law Group, LLC
10 S. LaSalle Street
Suite 1450
Chicago, Illinois 60603

(312) 384-2300 (General)
(312) 384-2301 (Direct)
(312) 443-9391 (Fax)
www.hunt-lawgroup.com

**From:** Mike Wierzbicki [mailto:mikew@horwitzlaw.com]
**Sent:** Thursday, January 2, 2020 12:52 PM
**To:** Brian Hunt <bhunt@hunt-lawgroup.com>; Nicole Jeffers <jeffers@horwitzlaw.com>; CLMAIL
<clmail@horwitzlaw.com>
**Cc:** Janet Nolan <jnolan@hunt-lawgroup.com>; Patrick Cremin <pcremin@hunt-lawgroup.com>
**Subject:** RE: Martinez, Andrea vs Abduroshi Hakim; THLG # 30952

Brian:



1

I look forward to working with you. Kindly refrain from directing requests for substantive information to Nicole or any other non-attorney staff of my office. Please be advised our non-attorney staff are not permitted to discuss legal matters. Nicole handles scheduling. Any scheduling matters are properly addressed to her.

I am glad to work cooperatively with you. To that end, since your client's principal, Abduroshi Hakim a/k/a Abduroshid Hakim, was served with the summons and complaint for his company, Loadwyze Transport, Inc. I request that you waive service and we proceed with answer or motion practice addressed to the complaint, discovery, etc… If you prefer to play technical games regarding service on someone who has actual knowledge of the suit, we can do that too. Let me know your preference.

Finally, this incident occurred on 7-25-19. The 6 month anniversary is approaching. As previously requested by letter, and now pursuant to Rule 214 and caselaw concerning the duty to preserve evidence:

**Further, please be advised that we request you save and preserve the vehicle, any and all driver log books of the driver of the vehicle involved in the subject incident including but not limited to Abduroshi Hakim, Loadwyze Transport, Inc.; maintenance records regarding the tractor and/or trailer, any and all electronic data recorder(s), electronic control module (ECM) and/or other data, any and all information downloaded from any computer, module or other system from any vehicle involved in the subject incident, and reports and information gathered from such devices which relate to the accident. You are hereby requested and instructed to locate and preserve any and all video, photos, surveillance, accident reports, statements, tape recordings, recordings, and/or vehicles, products, devices or any other items which were allegedly involved in this accident. Please preserve them. Failure to do so may prevent Andrea Martinez from having an adequate opportunity to fairly and adequately obtain justice regarding this dispute.**

**WE ARE RELYING ON YOU TO PRESERVE THE EVIDENCE IN THIS MATTER. If you do not intend to preserve the evidence as requested herein, please notify us immediately so that we may make arrangements to possess and preserve the evidence, involve the Court or otherwise proceed accordingly. If we do not hear from you we will have no choice but to presume you are preserving the evidence as requested.**

Thanks Brian. I look forward to working with you and hearing from you regarding the service issue.

Mike


Mike Wierzbicki
Partner
Horwitz, Horwitz & Associates
25 E. Washington #900
Chicago, IL 60602
Ph: 312-372-8822
Fax: 312-372-1673
mike@horwitzlaw.com
www.horwitzlaw.com



**From:** Brian Hunt <bhunt@hunt-lawgroup.com>
**Sent:** Thursday, January 2, 2020 12:19 PM

**To:** Nicole Jeffers <jeffers@horwitzlaw.com>; CLMAIL <clmail@horwitzlaw.com>; Mike Wierzbicki <mikew@horwitzlaw.com>
**Cc:** Janet Nolan <jnolan@hunt-lawgroup.com>; Patrick Cremin <pcremin@hunt-lawgroup.com>
**Subject:** RE: Martinez, Andrea vs Abduroshi Hakim; THLG # 30952

Nicole,

As a follow-up to my call to your office last week and this morning, please provide us whatever information you have regarding the injury claim of your client.

In addition, although the 12/17/19 service does facially appear to be proper, the 9/26/19 service appears to be patently defective insofar as the documents were sent to the defendant via certified mail rather than the registered mail, which the applicable statue strictly requires. Will appreciate if your office will confirm that the 9/26 service is invalid so that we can avoid the necessity of motion practice on that score. We do plan to appear based on the 12/17/19 service.

Going forward, please include all of the THLG team members included here so we can all stay on the same page.

Will look forward to working with you all toward a successful resolution of this matter.

Thanks,

Brian

Brian J. Hunt
The Hunt Law Group, LLC
10 S. LaSalle Street
Suite 1450
Chicago, Illinois 60603

(312) 384-2300 (General)
(312) 384-2301 (Direct)
(312) 443-9391 (Fax)
www.hunt-lawgroup.com

**From:** Nicole Jeffers [mailto:jeffers@horwitzlaw.com]
**Sent:** Tuesday, December 31, 2019 1:47 PM
**To:** Brian Hunt <bhunt@hunt-lawgroup.com>; CLMAIL <clmail@horwitzlaw.com>
**Subject:** Martinez, Andrea vs Abduroshi Hakim individually and as agent/employee

VIA EMAIL

December 31, 2019

**<u>Re: Martinez, Andrea vs Abduroshi Hakim individually and as agent/employee</u>**
Courtnumber: 19 L 10297
D/A: 07/25/2019

3

Dear Counsel :

We are in receipt of your December 12, 2019 correspondence. Attached please find the proof of service on Abudroshi Hakim and Loadwyze Transport Inc.

I've also attached the November 19, 2019 Case Management Conference Order.

I am Mike Wierzbicki's assistant.  Please add me to your service list as well as clmail@horwitzlaw.com for service of any pleadings, discovery or court filings.

Thank you,

*Nicole Jeffers*

**Legal Assistant to Michael Wierzbicki**

## HORWITZ HORWITZ & Associates

25 East Washington Street Suite 900
Chicago, IL 60602
Phone: 312-372-8822
Fax: 312-229-6244
jeffers@horwitzlaw.com

Please direct email service of pleadings, discovery and court filings to: clmail@horwitzlaw.com

**12-Person Jury**

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 9/18/2019 4:36 PM   2019L010297

| | |
|---|---|
| ANDREA MARTINEZ | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) NO. 2019L010297 |
| | ) |
| ABDUROSHID HAKIM, | ) |
| INDIVIDUALLY AND AS AN | ) |
| AGENT/EMPLOYEE OF LOADWYZE | ) |
| TRANSPORT INC., ABDUROSHI | ) |
| HAKIM, INDIVIDUALLY AND AS AN | ) |
| AGENT OF LOADWYZE TRANSPORT | ) |
| INC., and LOADWYZE TRANSPORT | ) |
| INC., | ) |
| | ) |
| | ) |
| Defendants | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ANDREA MARTINEZ, by her attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendants,

ABDUROSHID HAKIM, INDIVIDUALLY AND AS AN AGENT OF LOADWYZE

TRANSPORT INC., ABDUROSHI HAKIM, INDIVIDUALLY AND AS AN AGENT

OF LOADWYZE TRANSPORT INC, and LOADWYZE TRANSPORT INC., alleges as

follows:

1. That on or approximately July 25, 2019, Defendant Abduroshid Hakim was

   operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the

   Township of New Lenox, County of Will, and State of Illinois.



FILED DATE: 9/18/2019 4:36 PM   2019L010297

2. That on or approximately July 25, 2019, Defendant Abduroshi Hakim was operating a motor vehicle at or near Milepost 137 on I-80 Westbound in the Township of New Lenox, County of Will, and State of Illinois.

3. That at all times relevant hereto, the person identified on Illinois Traffic Crash Report 05-19-02022 as Abduroshi Hakim was Abduroshid Hakim.

4. That on or approximately July 25, 2019, the vehicle driven by Defendant Abduroshid Hakim had affixed to its door USDOT Number: 3142871.

5. At all times relevant hereto, Loadwyze Transport Inc. operated pursuant to USDOT Number 3142871.

6. At the time and place aforesaid, the vehicle driven by Defendant Abduroshid Hakim was placarded Loadwyze Transport Inc.

7. At all times relevant hereto, Defendant Abduroshid Hakim was the Registered Agent of Loadwyze Transport Inc.

8. That on or approximately July 25, 2019, Defendant Loadwyze Transport Inc. was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

9. That on or approximately July 25, 2019, Defendant Abduroshid Hakim operated the motor vehicle on I-80 Westbound at or near Milepost 137 under authority issued to Loadwyze Transport Inc.

10. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle in his capacity as agent, servant and/or employee of Loadwyze Transport Inc.

FILED DATE: 9/18/2019 4:36 PM   2019L010297

11. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle as agent, servant and/or employee of a person or entity other than Defendant Loadwyze Transport Inc.

12. That on or approximately July 25, 2019, Yolanda Delgado was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

13. That at the aforesaid time and place, Plaintiff Andrea Martinez was a passenger in the motor vehicle operated by Yolanda Delgado.

14. That at said time and place, the front of the vehicle operated by Defendant Abduroshid Hakim struck the rear of the vehicle occupied by Plaintiff Andrea Martinez.

15. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, the vehicle operated by Defendant Abduroshid Hakim struck construction barrels on the roadway.

16. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, and after striking construction barrels on the roadway, the vehicle operated by Defendant Abduroshid Hakim struck a vehicle operated by Max Poloski.

17. That at all times relevant hereto, Defendant Abduroshid Hakim, individually and/or as agent of Loadwyze Transport Inc. was permitted to operate the vehicle he operated at the time of the collision with Plaintiff Andrea Martinez.

18. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

FILED DATE: 9/18/2019 4:36 PM    2019L010297

19. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

a) Drove said vehicle at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

b) Drove said vehicle at a speed which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

c) Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Complied Statutes;

d) Drove said vehicle without brakes adequate to control its movement, and to stop and hold in, in violation of 625 ILCS 5/12-301 of the Illinois Complied Statutes;

e) Failed to sound the horn on said vehicle so as to give warnings of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

f) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

g) Failed to decrease speed of said vehicle so as to avoid colliding with Plaintiff's vehicle;

h) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

4

FILED DATE: 9/18/2019 4:36 PM   2019L010297

i)   Failed to adjust their speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

j)   Failed to decrease speed when special hazard exists with respect to other traffic or by reason of weather or highway conditions, in violation of 625 ILCS 5/11-601;

k)   Failed to keep a proper lookout for other traffic on the roadway;

l)   Failed to maintain the brakes of said vehicle;

m)  Negligently entrusted the vehicle to Abduroshid Hakim, individually and/or as an agent of Loadwyze Transport Inc.;

n)   Negligently hired Abduroshid Hakim;

o)   Negligently trained Abduroshid Hakim;

p)   Negligently supervised Abduroshid Hakim; and

q)   Was otherwise negligent.

20. That Plaintiff was injured.

21. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

22. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff

FILED DATE: 9/18/2019 4:36 PM   2019L010297

also suffered great pain and anguish both in mind and body, and will in the future

continue to so suffer; the Plaintiff further expended and became liable for and will

in the future expend and become liable for large sums of money for medical care

and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar

amount to satisfy the jurisdictional limitation of this court, and in such additional

amounts as the Court shall deem proper, plus the costs of this actions.

/s/Michael T. Wierzbicki
 Michael T. Wierzbicki
 **Horwitz, Horwitz, and Associates, LTD.**
 25 E. Washington, Suite 900
 Chicago, IL  60602
 Office: (312) 372-8822
 Email: clmail@horwitzlaw.com

FILED DATE: 9/18/2019 4:36 PM  2019L010297

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under

   penalty of perjury:

2. My name is Michael T. Wierzbicki

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

/s/Michael T. Wierzbicki_____
Michael T. Wierzbicki


HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois  60602
(312) 372-8822, fax (312) 372-1673

FILED DATE: 9/18/2019 4:36 PM    2019L010297

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

8

FILED DATE: 9/18/2019 4:36 PM 2019L010297

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | **FILED** |
| 2220 – Not Served | 2221 – Not Served | 9/18/2019 4:36 PM |
| 2320 – Served By Mail | 2321 = Served By Mail | DOROTHY BROWN |
| 2420 – Served By Publication | 2421 – Served By Publication | CIRCUIT CLERK |
| Summons – Alias Summons | (06/28/18) CCG N001 | COOK COUNTY, IL |
| | | 2019L010297 |
| | | ~~6627138~~ |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
     (Plaintiff) )
)
     v. )        Case No.   **2019L010297**
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyze Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
     (Defendants) )
)

**SUMMONS**

To Defendant: LOADWYZE TRANSPORT INC. c/o Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Atty. No: <u>04771</u>                Witness: _____

Atty Name: <u>Michael T. Wierzbicki</u>

Atty. For: <u>PLAINTIFF</u>              9/18/2019 4:36 PM DOROTHY BROWN

Address: <u>25 E. Washington, Suite 900</u>            DOROTHY BROWN, Clerk of Court

City: <u>Chicago</u>    State: <u>IL</u>    Zip:<u>60602</u>

Telephone: <u>312-372-8822</u>         Date of Service: _____

Primary Email: <u>clmail@horwitzlaw.com</u>      (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: <u>sung@horwitzlaw.com</u>

Tertiary Email: <u>carmen@horwitzlaw.com</u>

FILED DATE: 9/18/2019 4:36 PM   2019L010297

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED DATE: 9/18/2019 4:36 PM 2019L010297

| 2120 – Served | 2121 – Served |
|---|---|
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 = Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ                                   )
                                                  )
              (Plaintiff)                         )
                                                  )
       v.                                         )        Case No.  2019L010297
                                                  )
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc.                         )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyze Transport Inc., and                       )
LOADWYZE TRANSPORT INC.,                            )
                                                  )
                                                  )
              (Defendants)                         )
                                                  )

## SUMMONS

To each Defendant:  Abduroshi  Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Atty. No: 04771 _____        Witness: _____

Atty Name: Michael T. Wierzbicki _____

Atty. For: PLAINTIFF _____        9/18/2019 4:36 PM DOROTHY BROWN
                                            _____
Address: 25 E. Washington, Suite 900 ___

City: Chicago _____ State: IL _____ Zip:60602        DOROTHY BROWN, Clerk of Court

Telephone: 312-372-8822 _____        Date of Service: _____

Primary Email: clmail@horwitzlaw.com _____        (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: sung@horwitzlaw.com _____

Tertiary Email: carmen@horwitzlaw.com _____

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS**

FILED DATE: 9/18/2019 4:36 PM   2019L010297

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

30952 

Atty. No. 41801

FILED
1/3/2020 4:50 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7940020

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANDREA MARTINEZ, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) No.  2019 L 010297 |
| | ) |
| ABDUROSHID HAKIM, | ) |
| INDIVIDUALLY AND AS AN | ) Hearing Date: No hearing scheduled |
| AGENT/EMPLOYEE OF LOADWYZE | ) |
| TRANSPORT, INC., et al., | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF MOTION

To:   Michael T. Wierzbicki
       Horwitz, Horwitz and Associates, Ltd.
       25 E. Washington Street, Suite 900
       Chicago, IL  60602

On   **January 15, 2020**   at  **9:45 a.m.,** or as soon thereafter as counsel may be heard, I
shall appear before the Honorable Judge Allen Price Walker, Room 2204, Richard J. Daley Center,
in Chicago, Illinois, or any judge sitting in his stead, and present **Defendants' Motion to Quash,**
a copy of which is attached hereto.

Respectfully submitted,

*/s Patrick J. Cremin*
_____
Patrick J. Cremin

Brian J. Hunt – bhunt@hunt-lawgroup.com
Patrick J. Cremin – pcremin@hunt-lawgroup.com
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
(312) 384.2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury pursuant to §1-109 of the Illinois Code of Civil
Procedure, that I served this Notice and attachment thereto by e-mailing and mailing a copy to the
above listed party at their respective address on January 3, 2020 with proper postage prepaid.

_____
Janet Nolan

FILED DATE: 1/3/2020 4:50 PM   2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-LAW DIVISION                    Rev. 3/18

_Martinez_

Plaintiffs

NO: _19 L 10297_

-v- _Abdirashi Hakim_

Motion Call: "Z"  Time: _945_  Line #: _7_

Defendants

2005 Trial Date: _N/A_

**\*\*_CASE MANAGEMENT ORDER_\*\***

**\*\*_(Please check off all pertinent paragraphs and circle proper party name)_\*\***

(4231) _____ 1. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ _or deemed waived;_

(4296) _____ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by _____;

(4218) _____ 3. Party depositions, fact, 213(f)(1) and/or (2) depositions to be **completed** by _____;

(4297) _____ 4. Plaintiff to send list & addresses of treaters and HIPAA order to Defendant(s) by _____;

(4288) _____ 5. Subpoenas for treating physicians' records/deps to be **issued** by _____ _or deemed waived;_

(4218) _____ 6. Treating physicians depositions to be **completed** by _____;

(4231) _____ 7. All dispositive motions shall be filed **no later than** _____;

(4296) _____ 8. All SCR 215 & 216 discovery **completed** by _____;

(4206) _____ 9. (Plaintiff) - (Defendant) - (Add. Party) shall **answer** 213 (f)(3) Interrogatories by _____;

(4218) _____ 10. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4218) _____ 11. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4218) _____ 12. **Add. party's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4295) _____ 13. ~~All fact discovery, SCR 213(f)(1), (f)(2), 215(a) and 216 discovery is closed. _(Circle all applicable)_~~

(4619) X 14. The matter is continued for subsequent Case Management Conference on _1-17-20_
      at _9:00_ AM/PM in Room 2204 for:
      (A) X Proper Service    (B) X Appearance of Defendants    (C) _____ Case Value
      (D) _____ Pleadings Status    (E) _____ Discovery Status    (F) _____ Pre-Trial/Settlement
      (G) _____ Mediation Status    (H) _____ Trial Certification    (I) _____ Other

_____

_____

(4005) _____ 15. Case is DWP'd.    (4040) _____ The case is voluntarily dismissed pursuant to 735 ILCS 5/2-1009.

(4331) _____ 16. Case stricken from    (4284) _____ Motion Stricken or    (4330) _____ Case stricken from
              CMC Call                        Withdrawn from Call                        Motion Call.

NAME: _Horwitz Horwitz Jr_                                    E N T E R:

ADDRESS: _25 E Washington_

PHONE: _312 372 8822_

ATTY ID#: _____

ATTY FOR PARTY: _____

NOTICE:

JUDGE _____ NO. _____

Associate Judge
Allen Price Walker

NOV 19 2019

Circuit Court - 2071

★ _COPIES OF ALL PRIOR CMC ORDERS MUST BE BROUGHT TO ALL CMC COURT DATES._

★ _FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE_

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 = Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | |
| Summons – Alias Summons | (06/28/18) CCG N001 | |

```
FILED
10/15/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
(Plaintiff) )
)
v. )   Case No. 2019L010297
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyxe Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
(Defendants) )
)

## ALIAS SUMMONS

To Defendant: LOADWYZE TRANSPORT INC. c/o Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Atty. No: 04771 _____   Witness: _____   10/15/2019

Atty Name: Michael T. Wierzbicki _____   10/15/2019 12:00 AM DOROTHY BROWN

Atty. For: PLAINTIFF _____

Address: 25 E. Washington, Suite 900 _____   DOROTHY BROWN, Clerk of Court

City: Chicago        State: IL        Zip: 60602

Telephone: 312-372-8822 _____   Date of Service: _____

Primary Email: clmail@horwitzlaw.com _____   (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: sung@horwitzlaw.com _____

Tertiary Email: carmen@horwitzlaw.com _____

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 = Served by Mail | |
| 2420 – Served By Publication | 2421 – Served by Publication | |
| Summons – Alias Summons | (06/28/18) CCG N001 | |

FILED
10/15/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| (Plaintiff) | ) | |
| | ) | |
| v. | ) | Case No. 2019L010297 |
| | ) | |
| ABDUROSHID HAKIM individually and as agent/employee | ) | |
| of Loadwyze Transport Inc. | ) | |
| ABDUROSHI HAKIM individually and as agent/employee of | ) | |
| Loadwyxe Transport Inc., and | ) | |
| LOADWYZE TRANSPORT INC., | ) | |
| | ) | |
| | ) | |
| (Defendants) | ) | |
| | ) | |

## ALIAS SUMMONS

To Defendant: LOADWYZE TRANSPORT INC. c/o Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Atty. No: 04771        Witness:            10/15/2019

Atty Name:  Michael T. Wierzbicki              10/15/2019 12:00 AM DOROTHY BROWN

Atty. For:  PLAINTIFF

Address:  25 E. Washington, Suite 900           DOROTHY BROWN, Clerk of Court

City:  Chicago     State: IL     Zip: 60602

Telephone:  312-372-8822           Date of Service: _____

Primary Email:  clmail@horwitzlaw.com      (To be inserted by officer on copy left with Defendant or other person):

Secondary Email:  sung@horwitzlaw.com

Tertiary Email:  carmen@horwitzlaw.com

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 = Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

FILED
10/15/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| (Plaintiff) | ) | |
| | ) | |
| v. | ) | Case No. 2019L010297 |
| | ) | |
| ABDUROSHID HAKIM individually and as agent/employee | ) | |
| of Loadwyze Transport Inc. | ) | |
| ABDUROSHI HAKIM individually and as agent/employee of | ) | |
| Loadwyxe Transport Inc., and | ) | |
| LOADWYZE TRANSPORT INC., | ) | |
| | ) | |
| | ) | |
| (Defendants) | ) | |
| | ) | |

## ALIAS SUMMONS

To Defendant: LOADWYZE TRANSPORT INC. c/o Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| Atty. No: 04771 | Witness: 10/15/2019 |
| Atty Name: Michael T. Wierzbicki | 10/15/2019 12:00 AM DOROTHY BROWN |
| Atty. For: PLAINTIFF | |
| Address: 25 E. Washington, Suite 900 | DOROTHY BROWN, Clerk of Court |
| City: Chicago     State: IL     Zip:60602 | |
| Telephone: 312-372-8822 | Date of Service: |
| Primary Email: clmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person): |
| Secondary Email: sung@horwitzlaw.com | |
| Tertiary Email: carmen@horwitzlaw.com | |

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | **FILED** |
| 2220 – Not Served | 2221 – Not Served | 10/15/2019 12:00 AM |
| 2320 – Served By Mail | 2321 = Served By Mail | DOROTHY BROWN |
| 2420 – Served By Publication | 2421 – Served By Publication | CIRCUIT CLERK |
| Summons – Alias Summons | (06/28/18) CCG N001 | COOK COUNTY, IL |
| | | 2019L010297 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| ANDREA MARTINEZ | ) |
| | ) |
| (Plaintiff) | ) |
| | ) |
| v. | )      Case No. 2019L010297 |
| | ) |
| ABDUROSHID HAKIM individually and as agent/employee | ) |
| of Loadwyze Transport Inc. | ) |
| ABDUROSHI HAKIM individually and as agent/employee of | ) |
| Loadwyxe Transport Inc., and | ) |
| LOADWYZE TRANSPORT INC., | ) |
| | ) |
| | ) |
| (Defendants) | ) |
| | ) |

## ALIAS SUMMONS

To Defendant: LOADWYZE TRANSPORT INC. c/o Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| Atty. No: 04771    Witness: | 10/15/2019 |
| Atty Name: Michael T. Wierzbicki | 10/15/2019 12:00 AM DOROTHY BROWN |
| Atty. For: PLAINTIFF | |
| Address: 25 E. Washington, Suite 900 | |
| City: Chicago    State: IL    Zip: 60602 | DOROTHY BROWN, Clerk of Court |
| Telephone: 312-372-8822 | Date of Service: _____ |
| Primary Email: clmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person): |
| Secondary Email: sung@horwitzlaw.com | |
| Tertiary Email: carmen@horwitzlaw.com | |

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801  DALEY CTR.
CHICAGO, IL. 60602


ID: LD2019L010297    20190924000005
HORWITZ HORWITZ & ASSOC
25 E.WASHINGTON #900
CHICAGO        IL 60602

          * * * * * N O T I C E * * * * *

              CASE  19-L-010297


    MARTINEZ ANDREA        V.      HAKIM ABDUROSHID
    THERE WILL BE A CASE MANAGEMENT CALL OF YOUR CASE ON TUESDAY
    THE 19TH DAY OF NOVEMBER IN ROOM 2204 AT  9:45 A.M. AT THE
    DALEY CENTER COURT HOUSE, 50 WEST WASHINGTON STREET, CHICAGO, IL


    ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
    POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
    POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
    NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.

FILED DATE: 9/18/2019 4:36 PM 2019L010297

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 = Served By Mail |
| 2420 – Served By Publication | 2421 = Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
(Plaintiff) )
)
v. )        Case No.    2019L010297
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyze Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
(Defendants) )
)

## SUMMONS

To each Defendant: Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Atty. No: 04771 _____  Witness: _____

Atty Name: Michael T. Wierzbicki _____

Atty. For: PLAINTIFF _____                 9/18/2019 4:36 PM DOROTHY BROWN

Address: 25 E. Washington, Suite 900 _____          _____

City: Chicago____ State: IL___ Zip:60602                DOROTHY BROWN, Clerk of Court

Telephone: 312-372-8822 _____   Date of Service: _____

Primary Email: clmail@horwitzlaw.com _____   (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: sung@horwitzlaw.com ____

Tertiary Email: carmen@horwitzlaw.com ____

FILED DATE: 9/18/2019 4:36 PM    2019L010297

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

FILED
1/3/2020 4:44 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

30952

FILED DATE: 1/3/2020 4:44 PM   2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No.   19 L 010297 |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT, INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT, INC. | ) | |
| | ) | |
| *Defendants.* | ) | |

### DEFENDANTS' MOTION TO QUASH SERVICE OF SUMMONS

Defendants, ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC., by their attorneys, THE HUNT LAW GROUP, LLC, hereby request this Honorable Court, pursuant to 735 ILCS 5/2-301, to quash the service of summons and complaint upon them by Plaintiff, ANDREA MARTINEZ. In support thereof, Defendants state as follows:

### INTRODUCTION

1.     On September 18, 2019, Plaintiff, Andrea Martinez, filed a Complaint at Law ("Complaint") in the Circuit Court of Cook County, County Department, Law Division, for personal injuries against Defendants arising out of a vehicular occurrence on July 25, 2019 at or near Milepost 137 on U.S. Interstate 80 Westbound in the Township of New Lenox, County of Will, State of Illinois.  A copy of Plaintiff's Complaint is attached hereto and as part of **Exhibit A**.

FILED DATE: 1/3/2020 4:44 PM    2019L010297

2.      Plaintiff is alleging, *inter alia*, that at the time and place aforesaid, Defendant, Abduroshid Hakim ("Hakim") was operating a vehicle in his capacity as agent, servant and/or employee of Defendant, Loadwyze Transport, Inc. ("Loadwyze").

3.      At all times relevant herein, Defendant Hakim, was and is a resident and citizen of the State of New York, and the sole owner and operator of Loadwyze Transport, Inc. (See Affidavit of Abduroshid Hakim, attached as **Exhibit B**).

4.      At all times relevant herein, Defendant Loadwyze was and is a domestic business corporation, incorporated in and having its principal place of business in the State of New York, and having as its Registered Agent Defendant Hakim. (See Hakim Affidavit, **Exhibit B**).

5.      On October 16, 2019, Defendant Hakim, by US Postal Service Certified Mail, # 7017304000007768635, received a letter from Plaintiff's counsel dated October 11, 2019 which included: 1) a copy of the Summons and Complaint; 2) a Secretary of State  "Affidavit of Compliance for Service of Process on Non-Resident," signed by Mary K. Wagner and dated September 23, 2019; and 3) a September 26, 2019 letter from the Office of the Illinois Secretary of State acknowledging receipt of $5.00 and confirming filing and service have been accepted by the Secretary of State on September 26, 2109 in compliance with the provisions of 625 ILCS 5/10-301 or 735 ILCS 5/2-203.1. A copy of the October 11, 2019 letter from Plaintiff's counsel with attachments is attached as **Exhibit A.**

6.      A copy of the Defendants' envelope in which they received the summons and complaint by Certified Mail is attached to the Affidavit of Abduroshid Hakim, **Exhibit B.**

## ARGUMENT

## PLAINTIFF'S ATTEMPTED SERVICE OF PROCESS UPON DEFENDANTS PURSUANT TO 735 ILCS 5/10-301 IS IMPROPER

7.   625 ILCS 5/10-301 provides, in pertinent part:

2

FILED DATE: 1/3/2020 4:44 PM    2019L010297

Service of process on non-resident

(b) Service of such process shall be made by serving a copy upon the Secretary of State or any employee in his office designated by him to accept such service for him, or by filing such copy in his office, together with an affidavit of compliance from the plaintiff instituting the action, suit, or proceeding, which states that this Section is applicable to the proceeding and that the plaintiff has complied with the requirements of this Section, and a fee of $5 and such service shall be sufficient service upon the person, *if notice of such service and a copy of the process are, within 10 days thereafter, sent by registered mail by the plaintiff to the defendant,* at the last known address of the defendant, and the plaintiff's affidavit of compliance herewith is appended to the summons. (Emphasis added).

7.      The Affidavit of Compliance for Service of Process on Non-Resident, signed by Mary K. Wagner on September 23, 2019, attests to the following:

The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein…Further, these provisions require notice of such service and a copy of the process to be sent by *registered mail* within 10 days by the plaintiff to the defendant within 10 days by the plaintiff to this defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons. (Emphasis added).

8.      As shown on the envelope Defendant Hakim received on October 16, 2019, Summons and Complaint were sent by certified mail, rather than registered mail. As such, the service is improper and defective.

9.      Plaintiff may assert the distinction as between certified mail and regular mail may be an insignificant one, but the courts are nevertheless strident in their adherence to the procedural requirements of serving process upon out-of-state residents, requiring strict compliance with Section 10-301. *Allied American Insurance Co. v. Mickiewicz,* 124 Ill.App.3d 705 (1st Dist. 1984).

10.     In *Burton v. Autumn Grain Transport, Inc.*, 222 Ill.App.3d 755 (1st Dist. 1991), the 1st District squarely addressed the issue of whether service of summons and complaint to an out-of-state resident by certified mail, rather than by registered mail, would be allowable pursuant to Section 10-301. In *Burton,* the case involved a personal injury lawsuit suit arising from an

FILED DATE: 1/3/2020 4:44 PM   2019L010287

automobile collision in Cook County and an out-of-state defendant moved to quash service of process as he was served with summons by certified mail. The trial court held that plaintiff's service of summons by certified mail met the procedural requirements of Section 10-301. On appeal, however, the 1st District held otherwise, focusing on the plain language of the statute requiring service only by registered mail. In *Burton*, the Court concluded:

> …[i]f legislature had wanted service under section 10-301 of the Code to be effected by certified mail it would not, as it does, specify that process must be achieved by registered mail. We agree with the Seventh Circuit's observation that "only a court with a power of statutory revision could equate certified mail to 'registered mail' in a case which there was no possible argument that the legislature had failed to anticipate a situation in which literal compliance with the statute would be unduly, perhaps, senselessly, burdensome." (citing *Johnson v Burken*, 930 F.2d 1202 (7th Cir. 1991).

11.     Additionally, in *Burton*, even though the court found that the out-of-state defendant had actual knowledge of the lawsuit, the statutory requirements by which he was to be served with process nevertheless remained to be complied with. *Burton* at 759.

12.     Based upon the foregoing, it is clear that plaintiff failed to adhere to the statutory requirements in 635 ILCS 5/10-301 by attempting to serve process upon Defendants by certified mail. Section 10-301 requires service of process only by registered mail.

WHEREFORE, Defendants, ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC., request this Honorable Court to quash Plaintiff's purported service of summons and complaint upon Defendants for the reasons set forth above.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By:     Patrick C. Cremin

4

FILED DATE: 1/3/2020 4:44 PM   2019L010297

Brian J. Hunt
Patrick C. Cremin
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, IL 60603
(312) 384-2300 (phone)
bhunt@hunt-lawgroup.com
pcrem@hunt-lawgroup.com

19-1051179

HORWITZ HORWITZ & Associates

FILED DATE: 1/3/2020 4:44 PM   2019L010297

October 11, 2019

Abduroshi Hakim
1489 Shore Parkway APT. 3B
Brooklyn, NY 11214

RE:   **Andrea Martinez v. Abduroshi Hakim individually and as agent/employee of**
      **Loadwyze Transport, Inc.**
      Court Number:    19 L 10297
      Our File Number:  31209
      D/A:             07/25/19

Dear Mr. Abduroshi Hakim:

Enclosed please find a copy of the Letter from the Office of the Secretary of State of
Illinois, a summons w/ affidavit of compliance of service on a non-resident, and a copy of
the complaint. Please forward these documents to your insurance carrier immediately.

Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

Michael T. Wierzbicki
MTW/mw

EXHIBIT
A

FILED DATE: 1/3/2020 4:44 PM   2019L010297



## OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE * Secretary of State

September 26, 2019

Horwitz, Horwitz & Associates, LTd.
25 E. Washington, Suite 900
Chicago, IL 60602

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Andrea Martinez v. Abduroshi Hakim,  #19 L 010294,  Fee $5.00**

Filing and Service have been accepted on 9/26/2019 in compliance with the
provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as
applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217)785-3096
Office of the General Counsel
298 Howlett Building
Springfield, IL 62756

JW:tf
Enclosure

FILED DATE: 1/3/2020 4:44 PM 2019L010297

2120 – Served         2121 – Served
2220 – Not Served      2221 – Not Served
2320 – Served By Mail   2321 – Served By Mail
2420 – Served By Publication   2421 – Served By Publication
Summons – Alias Summons             (06/28/18) CCG N001

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ              )
                 )
       (Plaintiff)         )
                 )
    v.                  )    Case No.   2019L010297
                 )
ABDUROSHID HAKIM individually and as agent/employee   )
of Loadwyze Transport Inc.      )
ABDUROSHI HAKIM individually and as agent/employee of   )
Loadwyze Transport Inc., and     )
LOADWYZE TRANSPORT INC.,     )
                 )
                 )
       (Defendants)      )
                 )

## SUMMONS

To each Defendant:  Abduroshi  Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Atty. No: 04771                    Witness: _____

Atty Name: Michael T. Wierzbicki

Atty. For: PLAINTIFF                    9/18/2019 4:36 PM DOROTHY BROWN

Address: 25 E. Washington, Suite 900          DOROTHY BROWN, Clerk of Court

City: Chicago     State: IL     Zip: 60602

Telephone: 312-372-8822               Date of Service: _____

Primary Email: clmail@horwitzlaw.com      (To be inserted by officer on copy left with Defendant or other person):

Secondary Email: sung@horwitzlaw.com

Tertiary Email: carmen@horwitzlaw.com

FILED DATE: 1/3/2020 4:44 PM   2019L010297

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

**Daley Center Divisions/Departments**

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED DATE: 1/3/2020 4:44 PM   2019L010297



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   ANDREA MARTINEZ _____ vs. ABDIRIZAK HAKIM Individually and as agent/employee of Leadwyze Transport Inc. No. 2019L010297

   First Named Plaintiff                    Defendant to be Served

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the plaintiff/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [ ] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [X] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to affect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_Mary K. Warner_                    9/23/19

Signature of Affiant                    Date

Subscribed before me, this 23rd day of September, 208 19

_Alisa Lopan_

Notary Public

**OFFICIAL SEAL
ALISSA LAPORE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/16/20**

Printed by authority of the State of Illinois, December 2004 — 1 — EX-3

**12-Person Jury**

FILED
9/18/2019 4:36 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

6627138

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2019L010297 |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| Defendants | ) | |

<u>COMPLAINT AT LAW</u>

NOW COMES the Plaintiff, ANDREA MARTINEZ, by her attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendants,

ABDUROSHID HAKIM, INDIVIDUALLY AND AS AN AGENT OF LOADWYZE

TRANSPORT INC., ABDUROSHI HAKIM, INDIVIDUALLY AND AS AN AGENT

OF LOADWYZE TRANSPORT INC, and LOADWYZE TRANSPORT INC., alleges as

follows:

1. That on or approximately July 25, 2019, Defendant Abduroshid Hakim was

operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the

Township of New Lenox, County of Will, and State of Illinois.

FILED DATE: 1/3/2020 4:44 PM  2019L010297

FILED DATE 9/18/2019 4:36 PM  2019L010297

FILED DATE: 1/3/2020 4:44 PM    2019L010297

FILED DATE: 9/18/2019 4:36 PM    2019L010297

2.  That on or approximately July 25, 2019, Defendant Abduroshi Hakim was operating a motor vehicle at or near Milepost 137 on I-80 Westbound in the Township of New Lenox, County of Will, and State of Illinois.

3.  That at all times relevant hereto, the person identified on Illinois Traffic Crash Report 05-19-02022 as Abduroshi Hakim was Abduroshid Hakim.

4.  That on or approximately July 25, 2019, the vehicle driven by Defendant Abduroshid Hakim had affixed to its door USDOT Number: 3142871.

5.  At all times relevant hereto, Loadwyze Transport Inc. operated pursuant to USDOT Number 3142871.

6.  At the time and place aforesaid, the vehicle driven by Defendant Abduroshid Hakim was placarded Loadwyze Transport Inc.

7.  At all times relevant hereto, Defendant Abduroshid Hakim was the Registered Agent of Loadwyze Transport Inc.

8.  That on or approximately July 25, 2019, Defendant Loadwyze Transport Inc. was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

9.  That on or approximately July 25, 2019, Defendant Abduroshid Hakim operated the motor vehicle on I-80 Westbound at or near Milepost 137 under authority issued to Loadwyze Transport Inc.

10. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle in his capacity as agent, servant and/or employee of Loadwyze Transport Inc.

FILED DATE: 1/3/2020 4:44 PM 2019L010297

FILED DATE: 9/18/2019 4:36 PM 2019L010297

11. That at the time and place aforesaid, Defendant Abduroshid Hakim operated the vehicle as agent, servant and/or employee of a person or entity other than Defendant Loadwyze Transport Inc.

12. That on or approximately July 25, 2019, Yolanda Delgado was operating a motor vehicle on I-80 Westbound at or near Milepost 137 in the Township of New Lenox, County of Will, and State of Illinois.

13. That at the aforesaid time and place, Plaintiff Andrea Martinez was a passenger in the motor vehicle operated by Yolanda Delgado.

14. That at said time and place, the front of the vehicle operated by Defendant Abduroshid Hakim struck the rear of the vehicle occupied by Plaintiff Andrea Martinez.

15. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, the vehicle operated by Defendant Abduroshid Hakim struck construction barrels on the roadway.

16. That at said time and place, after striking the vehicle occupied by Plaintiff Andrea Martinez, and after striking construction barrels on the roadway, the vehicle operated by Defendant Abduroshid Hakim struck a vehicle operated by Max Poloski.

17. That at all times relevant hereto, Defendant Abduroshid Hakim, individually and/or as agent of Loadwyze Transport Inc. was permitted to operate the vehicle he operated at the time of the collision with Plaintiff Andrea Martinez.

18. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

3

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:36 PM   2019L010297

19. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

   a) Drove said vehicle at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

   b) Drove said vehicle at a speed which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

   c) Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Complied Statutes;

   d) Drove said vehicle without brakes adequate to control its movement, and to stop and hold in, in violation of 625 ILCS 5/12-301 of the Illinois Complied Statutes;

   e) Failed to sound the horn on said vehicle so as to give warnings of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

   f) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

   g) Failed to decrease speed of said vehicle so as to avoid colliding with Plaintiff's vehicle;

   h) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

4

FILED DATE: 1/3/2020 4:44 PM  2019L010297

FILED DATE: 9/18/2019 4:36 PM  2019L010297

    i)  Failed to adjust their speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

    j)  Failed to decrease speed when special hazard exists with respect to other traffic or by reason of weather or highway conditions, in violation of 625 ILCS 5/11-601;

    k)  Failed to keep a proper lookout for other traffic on the roadway;

    l)  Failed to maintain the brakes of said vehicle;

    m) Negligently entrusted the vehicle to Abduroshid Hakim, individually and/or as an agent of Loadwyze Transport Inc.;

    n)  Negligently hired Abduroshid Hakim;

    o)  Negligently trained Abduroshid Hakim;

    p)  Negligently supervised Abduroshid Hakim; and

    q)  Was otherwise negligent.

20. That Plaintiff was injured.

21. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

22. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 9/18/2019 4:38 PM   2019L010297

also suffered great pain and anguish both in mind and body, and will in the future

continue to so suffer; the Plaintiff further expended and became liable for and will

in the future expend and become liable for large sums of money for medical care

and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar

amount to satisfy the jurisdictional limitation of this court, and in such additional

amounts as the Court shall deem proper, plus the costs of this actions.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL  60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

FILED DATE: 1/3/2020 4:44 PM   2019L010297

FILED DATE: 8/18/2019 4:35 PM   2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## SUPREME COURT RULE 222(b) AFFIDAVIT

1.  The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury:

2.  My name is Michael T. Wierzbicki

3.  I represent the Plaintiff in the above-captioned case.

4.  I have conducted an investigation into this case.

5.  The Plaintiff is seeking damages in excess of $50,000.00

6.  FURTHER AFFIANT SAYETH NOT

/s/Michael T. Wierzbicki
Michael T. Wierzbicki

HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

FILED DATE: 1/3/2020 4:44 PM 2019L010297

FILED DATE: 9/18/2019 4:36 PM 2019L010297

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ABDUROSHID HAKIM, | ) | |
| INDIVIDUALLY AND AS AN | ) | |
| AGENT/EMPLOYEE OF LOADWYZE | ) | |
| TRANSPORT INC., ABDUROSHI | ) | |
| HAKIM, INDIVIDUALLY AND AS AN | ) | |
| AGENT OF LOADWYZE TRANSPORT | ) | |
| INC., and LOADWYZE TRANSPORT | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### JURY DEMAND

The undersigned demands a jury trial.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

8

FILED DATE: 1/3/2020 4:44 PM   2019L010297

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MERTINEZ,                    )
    *Plaintiff,*                    )
                                    )
v.                                  )        No.    19 L 010297
                                    )
ABDUROSHID HAKIM,                   )
INDIVIDUALLY AND AS AN              )
AGENT/EMPLOYEE OF LOADWYZE          )
TRANSPORT, INC., ABDUROSHI          )
HAKIM, INDIVIDUALLY AND AS AN       )
AGENT OF LOADWYZE TRANSPORT         )
INC., and LOADWYZE TRANSPORT, INC.  )
                                    )
    *Defendants.*                   )

## AFFIDAVIT OF ABDUROSHID HAKIM

I, Abduroshid Hakim, attest to the following:

1. My name is Abduroshid Hakim. I am a named defendant to this action and am personally familiar with the facts contained herein. If called as a witness, I could and would give competent testimony with respect to such matters;

2. I am over the age of 18;

3. I am a resident of the borough of Brooklyn, New York City, Kings County, the State of New York and was such on July 25, 2019;

4. I am the President of and Registered Agent for Loadwyze Transport, Inc.;

5. Loadwyze Transport, Inc. is a Domestic Business Corporation, incorporated on June 4, 2014 in the State of New York;

6. On October 16, 2019, I received an envelope from Plaintiff's law firm, Horwitz Horwitz & Associates, and addressed to me at my home in Brooklyn, which is also the registered



address for Loadwyze Transport, Inc. for the New York Department of State, Division of Corporations. The delivery was by Certified Mail through the United States Postal Service (USPS). A copy of the front of the envelope is attached to this Affidavit, having USPS Certified Mail # 70173040000077668635;

7. Contained in the envelope was a cover letter from Plaintiff's law firm, dated October 11, 2019, with the following attachments: 1) September 26, 2019 letter from the Office of the Secretary of State, State of Illinois, receipt of Plaintiff's Summons and Complaint, receipt of $5.00 fee, confirming filing and service was accepted on September 26, 2019; 2) Summons and Plaintiff's Complaint at Law; and 3) Affidavit of Compliance for Service of Process on Non-Resident, dated September 23, 2019.

I attest under penalty of perjury that the foregoing is true and correct.

Executed January 2, 2020 in Brooklyn, New York.

**ABDUROSHID HAKIM**

**NOTARY PUBLIC**

Gail Kaplun

January 3, 2020

GAIL KAPLUN
Notary Public, State of New York
Qualified in Richmond County
No. 01KA6291552
My Commission Expires 10/15/20 2T

FILED DATE: 1/3/2020 4:44 PM    2019L010297



First Class Mail

**HORWITZ HORWITZ & Associates**
25 East Washington Street, Suite 900 Chicago, IL 60602
P(312) 372-8822 . F(312) 372-1873 . HorwitzLaw.com

To
Mr. Abdurosti. Hakim
1489 Shore Pkwy Apt 3B
Brooklyn, NY 11214

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Abdurosti Hakim
1489 Shore Pkwy Apt 3B
Brooklyn NY 11214

9590 9402 3452 7275 4505 90

2. Article Number (Transfer from service label)
7017 3040 0000 0776 8635

PS Form 3811, July 2016 PSN 7530-02-000-9053    Domestic Return Receipt

CERTIFIED MAIL

7017 3040 0000 0776 8635

#30952

FILED
1/6/2020 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297
7947325

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA MARTINEZ,                           )
                                           )
        *Plaintiff*,                       )
                                           )
v.                                         )        No.    2019 L 010297
ABDUROSHID HAKIM, Individually and as an   )
Agent/Employee of LOADWYZE TRANSPORT,      )
INC., ABDUROSHI HAKIM, Individually and    )
as an Agent of LOADWYZE TRANSPORT, INC.,   )
and LOADWYZE TRANSPORT, INC.,              )
                                           )
        *Defendants*.                      )

## NOTICE OF FILING

To:    Michael T. Wierzbicki – mikew@horwitzlaw.com
       Horwitz, Horwitz and Associates, Ltd.
       25 E. Washington Street, Suite 900
       Chicago, IL 60602

    **YOU ARE HEREBY NOTIFIED** that on **January 6, 2020** there was filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, **DEFENDANTS' APPEARANCE AND JURY DEMAND**, a copy of which is attached hereto.

                            THE HUNT LAW GROUP, LLC


                            _____
                            Brian J. Hunt

THE HUNT LAW GROUP, LLC
Attorney for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
(312) 384-2300

## PROOF OF SERVICE

    I certify, under penalty of perjury pursuant to §1-109 of the Illinois Code of Civil Procedure, that I served this Notice and attachment thereto by emailing a copy to the above listed party at their respective address on the January 6, 2020.

                            */s/ Janet Nolan*_____

**12-Person Jury**

Appearance                                                          (12/30/15) CCL N530

FILED
1/6/2020 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297
7947325

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREA MARTINEZ

                                        Plaintiff     No.  2019 L 010297

            v.

ABDUROSHID HAKIM, Individually and as agent, et al     Calendar:  Z

                                        Defendant

## APPEARANCE

☑  GENERAL APPEARANCE        0900 - APPEARANCE - FEE PAID;  0909 - APPEARANCE - NO FEE;
                             0904 - APPEARANCE FILED - FEE WAIVED

☑  JURY DEMAND               1900 - APPEARANCE & JURY DEMAND - FEE PAID
                             1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:        ☐  Plaintiff      ☑  Defendant

ABDUROSHID HAKIM and LOADWYZE TRANSPORT, INC.

                          (Insert litigant's name.)

                                                       _____
                                                               Signature

☑ INITIAL COUNSEL OF RECORD        ☐ PRO SE
☐ ADDITIONAL APPEARANCE            ☐ SUBSTITUTE APPEARANCE

     A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑ Atty. No.:  41801            ☐ Pro Se  99500

(Please complete the following contact information.)

Name:  Brian J. Hunt/The Hunt Law Group, LLC          **Pro Se Only:** ☐ I have read and agree to the terms of
                                                      the Clerk's Office Electronic Notice Policy and choose
Atty. for:  Defendants                                to opt in to electronic notice from the Clerk's office for
Address:  10 S. LaSalle Street, Suite 1450            this case at this email address:
City/State/Zip:  Chicago, IL  60603
Telephone:  312-384-2300
Primary Email:  bhunt@hunt-lawgroup.com
Secondary Email:  jnolan@hunt-lawgroup.com
Tertiary Email:  chilbert@hunt-lawgroup.com

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

FILED DATE: 1/6/2020 11:33 AM 2019L010297

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 = Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

**FILED**
1/6/2020 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7951523

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ )
)
(Plaintiff) )
)
v. ) Case No. 19 L 10297
)
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc. )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyxe Transport Inc., and )
LOADWYZE TRANSPORT INC., )
)
)
(Defendants) )
)

### ALIAS SUMMONS

To each Defendant: Abduroshi Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| | 1/6/2020 11:33 AM DOROTHY BROWN |
| Atty. No: 04771 | Witness: _____ |
| Atty Name: Michael T. Wierzbicki | |
| Atty. For: PLAINTIFF | _____ |
| Address: 25 E. Washington, Suite 900 | DOROTHY BROWN, Clerk of Court |
| City: Chicago    State: IL    Zip:60602 | |
| Telephone: 312-372-8822 | Date of Service: _____ |
| Primary Email: clmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person): |
| Secondary Email: sung@horwitzlaw.com | |
| Tertiary Email: carmen@horwitzlaw.com | |

FILED DATE: 1/6/2020 11:33 AM 2019L010297

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 = Served By Mail |
| 2420 – Served By Publication | 2421 = Served By Publication |
| Summons – Alias Summons | (06/28/18) CCG N001 |

FILED
1/6/2020 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7951523

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ANDREA MARTINEZ                                     )
                                                    )
                    (Plaintiff)                     )
                                                    )
            v.                                      )          Case No. 19 L 10297
                                                    )
ABDUROSHID HAKIM individually and as agent/employee )
of Loadwyze Transport Inc.                          )
ABDUROSHI HAKIM individually and as agent/employee of )
Loadwyxe Transport Inc., and                        )
LOADWYZE TRANSPORT INC.,                             )
                                                    )
                    (Defendants)                    )
                                                    )

**ALIAS SUMMONS**

To each Defendant: Loadwyze Transport Inc. c/o Abduroshi Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

                                        1/6/2020 11:33 AM DOROTHY BROWN

Atty. No.: 04771_____    Witness: _____

Atty Name:  Michael T. Wierzbicki_____

Atty. For:  PLAINTIFF_____

Address:  25 E. Washington, Suite 900_____         DOROTHY BROWN, Clerk of Court

City:  Chicago_____ State: IL_____ Zip:60602

Telephone:  312-372-8822_____    Date of Service: _____

Primary Email:  clmail@horwitzlaw.com_____    (To be inserted by officer on copy left with Defendant or other person):

Secondary Email:  sung@horwitzlaw.com_____

Tertiary Email:  carmen@horwitzlaw.com_____

FILED DATE: 1/6/2020 11:33 AM    2019L010297

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 = Served By Mail | |
| 2420 – Served By Publication | 2421 = Served By Publication | |
| Summons – Alias Summons | (06/28/18) CCG N001 | |

FILED
1/6/2020 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L010297

7951523

FILED DATE: 1/6/2020 11:33 AM 2019L010297

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| ANDREA MARTINEZ | ) | |
| | ) | |
| (Plaintiff) | ) | |
| | ) | |
| v. | ) | Case No. 19 L 10297 |
| | ) | |
| ABDUROSHID HAKIM individually and as agent/employee | ) | |
| of Loadwyze Transport Inc. | ) | |
| ABDUROSHI HAKIM individually and as agent/employee of | ) | |
| Loadwyxe Transport Inc., and | ) | |
| LOADWYZE TRANSPORT INC., | ) | |
| | ) | |
| | ) | |
| (Defendants) | ) | |
| | ) | |

### ALIAS SUMMONS

To each Defendant: Abduroshid Hakim  1489 Shore Pkwy Apt. 3B, Brooklyn, NY 11214

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service.  To file your answer or appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.org to initiate this process.  Kiosks with internet access are available at all Clerk's Office locations.  Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

1/6/2020 11:33 AM DOROTHY BROWN

Atty. No: 04771                                Witness: _____

Atty Name:  Michael T. Wierzbicki

Atty. For:  PLAINTIFF                           _____

Address:  25 E. Washington, Suite 900          DOROTHY BROWN, Clerk of Court

City:  Chicago       State: IL     Zip: 60602

Telephone:  312-372-8822                        Date of Service: _____

Primary Email:  clmail@horwitzlaw.com          · (To be inserted by officer on copy left with Defendant or other person):

Secondary Email:  sung@horwitzlaw.com

Tertiary Email:  carmen@horwitzlaw.com

FILED DATE: 1/6/2020 11:33 AM 2019L010297

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

I hereby certify that the document to which this certification is affixed is a true copy.
DOROTHY BROWN
Date JAN 1 5 2020
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

```
CICSLDLR 01/15/20 19-L-010297          L A W   R E C O R D        CASE PENDING       ON JURY CALL 00/00/00      PAGE   1

19-L-010297   Z MARTINEZ ANDREA       V.   HAKIM ABDUROSHID
                                           HAKIM ABDUROSHID
                                           LOADWIZEE TRANSPORT

09/18/18 MARTINEZ ANDREA .......... I02000001.00      600.50   CHICAGO   IL   60602        09/20/19
1027     PERSONAL INJURY (MOTOR VEHICLE)  COM
0477I    HORWITZ HORWITZ & ASSOC      25 E. WASHINGTON #900

09/18/19 MARTINEZ ANDREA            I02000002.00   HORWITZ HORWITZ & ASSOC_             09/20/19
3127     SUMMONS ISSUED AND RETURNABLE

09/18/19 MARTINEZ ANDREA            I02000003.00   HORWITZ HORWITZ & ASSOC              09/20/19
3127     SUMMONS ISSUED AND RETURNABLE

09/18/19 MARTINEZ ANDREA            I02000004.00   HORWITZ HORWITZ & ASSOC              09/20/19
3127     SUMMONS ISSUED AND RETURNABLE

09/24/19 MARTINEZ ANDREA            I02000005        HORWITZ HORWITZ & ASSOC            09/24/19
3490     POSTCARD GENERATED

09/24/19 MARTINEZ ANDREA                                                               09/24/19
3498     CASE MANAGEMENT DATE GENERATED 11/19/19   9:45 A.M.

10/15/19 MARTINEZ ANDREA            I02000006        HORWITZ HORWITZ & ASSOC            10/15/19
3121     ALIAS SUMMONS ISSUED

10/15/19 MARTINEZ ANDREA            I02000007        HORWITZ HORWITZ & ASSOC            10/15/19
3121     ALIAS SUMMONS ISSUED

10/15/19 MARTINEZ ANDREA            I02000008        HORWITZ HORWITZ & ASSOC            10/15/19
3121     ALIAS SUMMONS ISSUED

10/15/19 MARTINEZ ANDREA            I02000009        HORWITZ HORWITZ & ASSOC            10/15/19
3121     ALIAS SUMMONS ISSUED

11/19/19 MARTINEZ               WALKER, ALLEN PRICE          I02000010                 11/19/19
4619     CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED - 01/17/20

01/03/20 HAKIM ABDUROSHID            THE HUNT LAW GROUP                                01/06/20
3303     NOTICE OF MOTION FILED       I02000012

01/03/20 HAKIM ABDUROSHID            THE HUNT LAW GROUP                                01/06/20
3390     MOTION FILED    I02000011

01/03/20 HAKIM ABDUROSHID            THE HUNT LAW GROUP                                01/03/20
3397     MOTION SCHEDULED 01/15/20   9:45 A.M.

01/06/20 HAKIM ABDUROSHID            (JURY 463.50     I02000013     CHICAGO   IL   60603     01/06/20
1900     APPEARANCE FILED - FEE PAID -   10 S LASALLE #1450
4180I    THE HUNT LAW GROUP

01/06/20 MARTINEZ ANDREA             HORWITZ HORWITZ & ASSOC                           01/07/20
3121     ALIAS SUMMONS ISSUED         I02000016

01/06/20 MARTINEZ ANDREA             HORWITZ HORWITZ & ASSOC                           01/07/20
3121     ALIAS SUMMONS ISSUED         I02000015

01/06/20 MARTINEZ ANDREA             HORWITZ HORWITZ & ASSOC                           01/07/20
3121     ALIAS SUMMONS ISSUED
```

| Date | | | | | |
|---|---|---|---|---|---|
| 01/06/20 | MARTINEZ ANDREA | | HORWITZ HORWITZ & ASSOC | | 01/07/20 |
| 3121 | ALIAS SUMMONS ISSUED | I02000017 | | | |
| 01/06/20 | HAKIM ABDUROSHID | | THE HUNT LAW GROUP | | 01/06/20 |
| 3321 | NOTICE FILED | I02000014 | | | |
| 01/15/20 | HAKIM | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4217 | ORDER ON MOTION TO CONTINUANCE - ALLOWED - 02/27/20 | | | P00000018 | |
| 01/15/20 | MARTINEZ | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4231 | ORDER ON MOTION TO FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED - 02/13/20 | | | | P00000018 |
| 01/15/20 | HAKIM | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4231 | ORDER ON MOTION TO FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED - 02/26/20 | | | | P00000018 |
| 01/15/20 | HAKIM | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4331 | STRIKE FROM CASE MANAGEMENT CALL - ALLOWED 01/17/20 | | | P00000018 | |
| 01/15/20 | HAKIM | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4374 | COURTESY COPIES REQUIRED - ALLOWED 02/27/20 | | | P00000018 | |
| 01/15/20 | HAKIM | | WALKER, ALLEN PRICE | | 01/15/20 |
| 4619 | CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED - 02/27/20 | | | P00000018 | |

CHARGE TO PRINT   19L010297 IS   26.00 (F899 LSW 01/15/20)

*** END OF DATA FOR CASE 19-L-010297   ** LAST UPDATED ON 01/06/20 ***

I HEREBY CERTIFY THE ABOVE TO BE CORRECT. THIS ORDER IS THE COMMAND OF THE CIRCUIT COURT AND VIOLATION THEROF IS SUBJECT TO THE PENELTY OF LAW.

DATE: 01/15/20

CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

```
CICSLDLR 01/15/20 19-L-010297                    L A W   R E C O R D                      CASE PENDING      ON JURY CALL 00/00/00    PAGE   1

19-L-010297    Z MARTINEZ ANDREA          V.    HAKIM ABDUROSHID
                                                HAKIM ABDUROSHI
                                                LOADWIZEE TRANSPORT

09/18/19 MARTINEZ ANDREA
1027     PERSONAL INJURY (MOTOR VEHICLE) COM    I02000001.00    600.50  CHICAGO  IL   60602                         09/20/19
04771    HORWITZ HORWITZ & ASSOC           25 E.WASHINGTON #900

09/18/19 MARTINEZ ANDREA
3127     SUMMONS ISSUED AND RETURNABLE           I02000002.00    HORWITZ HORWITZ & ASSOC                            09/20/19

09/18/19 MARTINEZ ANDREA
3127     SUMMONS ISSUED AND RETURNABLE           I02000003.00    HORWITZ HORWITZ & ASSOC                            09/20/19

09/18/19 MARTINEZ ANDREA
3127     SUMMONS ISSUED AND RETURNABLE           I02000004.00    HORWITZ HORWITZ & ASSOC                            09/20/19

09/24/19 MARTINEZ ANDREA
3490     POSTCARD GENERATED                      I02000005       HORWITZ HORWITZ & ASSOC                            09/24/19

09/24/19 MARTINEZ ANDREA
3498     CASE MANAGEMENT DATE GENERATED 11/19/19  9:45 A.M.                                                         09/24/19

10/15/19 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000006       HORWITZ HORWITZ & ASSOC                            10/15/19

10/15/19 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000007       HORWITZ HORWITZ & ASSOC                            10/15/19

10/15/19 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000008       HORWITZ HORWITZ & ASSOC                            10/15/19

10/15/19 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000009       HORWITZ HORWITZ & ASSOC                            10/15/19

11/19/19 MARTINEZ
4619     CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED - 01/17/20
         WALKER, ALLEN PRICE                     I02000010                                                          11/19/19

01/03/20 HAKIM ABDUROSHID
3303     NOTICE OF MOTION FILED                  I02000012       THE HUNT LAW GROUP                                 01/06/20

01/03/20 HAKIM ABDUROSHID
3390     MOTION FILED      I02000011             THE HUNT LAW GROUP                                                 01/06/20

01/03/20 HAKIM ABDUROSHID
3397     MOTION SCHEDULED 01/15/20   9:45 A.M.   THE HUNT LAW GROUP                                                 01/03/20

01/06/20 HAKIM ABDUROSHID
1900     APPEARANCE FILED - FEE PAID - (JURY 463.50  I02000013  CHICAGO  IL   60603                                01/06/20
41801    THE HUNT LAW GROUP      10 S LASALLE #1450

01/06/20 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000015       HORWITZ HORWITZ & ASSOC                            01/07/20

01/06/20 MARTINEZ ANDREA
3121     ALIAS SUMMONS ISSUED                    I02000016       HORWITZ HORWITZ & ASSOC                            01/07/20
```

01/06/20  MARTINEZ ANDREA                                                                        01/07/20
3121      ALIAS SUMMONS ISSUED          I02000017          HORWITZ HORWITZ & ASSOC

01/06/20  HAKIM ABDUROSHID                                                                       01/06/20
3321      NOTICE FILED    I02000014                        THE HUNT LAW GROUP

01/15/20  HAKIM                                                                                  01/15/20
4217      ORDER ON MOTION TO CONTINUANCE - ALLOWED - 02/27/20    WALKER, ALLEN PRICE  P00000018

01/15/20  MARTINEZ                                                                               01/15/20
4231      ORDER ON MOTION TO FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED - 02/13/20    WALKER, ALLEN PRICE  P00000018

01/15/20  HAKIM                                                                                  01/15/20
4231      ORDER ON MOTION TO FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED - 02/26/20    WALKER, ALLEN PRICE  P00000018

01/15/20  HAKIM                                                                                  01/15/20
4331      STRIKE FROM CASE MANAGEMENT CALL - ALLOWED 01/17/20    WALKER, ALLEN PRICE  P00000018

01/15/20  HAKIM                                                                                  01/15/20
4374      COURTESY COPIES REQUIRED - ALLOWED 02/27/20    WALKER, ALLEN PRICE  P00000018

01/15/20  HAKIM                                                                                  01/15/20
4619      CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED - 02/27/20    WALKER, ALLEN PRICE  P00000018

CHARGE TO PRINT   19L010297 IS   26.00 (F899 LSW 01/15/20)

*** END OF DATA FOR CASE 19-L-010297  ** LAST UPDATED ON 01/06/20 ***

I HEREBY CERTIFY THE ABOVE TO BE CORRECT. THIS ORDER IS THE COMMAND OF THE CIRCUIT COURT AND VIOLATION THEROF IS SUBJECT TO THE PENALITY OF LAW.

DATE: 01/15/20

**DOROTHY BROWN** JAN 1 5 2020

CLERK OF THE CIRCUIT COURT OF COOK COUNTY,IL